UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>                 Plaintiff,<br>v.<br><br>LIGGETT, *et al.*,<br><br>                 Defendants. | Case No. 2:19-cv-01243-APG-NJK<br><br>ORDER<br><br>(Docket Nos. 17, 19) |

     Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has filed two motions for leave to file an amended complaint with what appears to be supplemental allegations to counts in his original complaint. Docket Nos. 17, 19. He has not filed a complete amended complaint.

     The Court will not piecemeal documents together to determine whether Plaintiff states a colorable claim. The Court therefore declines to screen Plaintiff's complaint at this time and grants Plaintiff leave to file a <u>complete</u> First Amended Complaint.

     The Court notes that, if Plaintiff chooses to file a complete amended complaint, Plaintiff shall file that amended complaint no later than November 21, 2019. If Plaintiff chooses not to file a complete amended complaint, the Court will screen Plaintiff's original complaint, Docket No. 1-1, <u>only</u>.

     If Plaintiff chooses to file a complete amended complaint, he is advised that an amended complaint supersedes (replaces) the original complaint and, thus, the amended complaint must be complete in itself without reference to any other complaint. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"). Moreover, Plaintiff should file the amended complaint on this Court's approved prisoner civil rights form, and it must be entitled "First Amended Complaint."

### III. Conclusion

For the foregoing reasons, it is therefore ordered that Plaintiff's motions for leave to file an amended complaint, Docket Nos. 17, 19, are **DENIED** without prejudice.

It is further ordered that, if Plaintiff chooses to file an amended complaint, as outlined in this order, Plaintiff shall file the <u>complete</u> amended complaint no later than **November 21, 2019**.

It is further ordered that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, a copy of his original complaint, Docket No. 1-1, and a copy of the motions for leave to file an amended complaint, Docket Nos. 17, 19. If Plaintiff chooses to file an amended complaint, he must use the approved form and he shall write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

It is further ordered that, if Plaintiff chooses not to file an amended complaint by November 21, 2019, the Court will screen Plaintiff's original complaint, Docket No. 1-1, only.

DATED: October 22, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE