Kentrell D. Welch
Name

NNCC P.O. Box 7000
Carson City, NV, 89702
Address

1030777
Prison Number

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Kentrell D. Welch
      Plaintiff,

vs.

Officer Liggett

CCSII Loweise/CCSII Gunderson

Warden B. Williams

A.W. J, NASH

John/Jane doe et al
      Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:19-CV-01243-APG-NJK
(To be supplied by the Clerk)

A M E N D E D #1
CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

Jury Trial Demanded.

## A. JURISDICTION

1)  This complaint alleges that the civil rights of Plaintiff, Kentrell D. Welch,
                  (print Plaintiff's name)

who presently resides at NNCC      , were
    (mailing address or place of confinement)
violated by the actions of the below named individuals which were directed against

Plaintiff at HDSP      on the following dates
   (institution/city where violation occurred)

June 2019   Ongoing violations, and     
(Count I)     (Count II)      (Count III)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant *CCSlll L. weise/Gunderson* resides at *5500 Synder Rd, Carson City, NV, 89702* and is
(full name of first defendant)                    (address of first defendant)

employed as *Case workers of HDSP*. This defendant is sued in his/her
(defendant's position and title, if any)

_X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: *Denied to remove plaintiff from unit / denied Injunctive relief sought*

*by plaintiff; as head CCSlll suprv & CCS of plaintiff's unit at time of Incident*

3) Defendant *plaintiff SERT team* resides at *5500 Synder Rd, Carson City, NV, 89702* and is

employed as *Special emergency response team*. This defendant is sued in his/her

_X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: *Denied plaintiff Injunctive relief, asked plaintiff to snitch out*

*drug whereabouts at facility or else, go back to unit & Live or die ; you help us / we help you etc*

4) Defendant *Jane/ John doe et al* resides at *5500 Synder Rd, Carson City, NV, 89702* and is

employed as *officers, officials, agents, staff et al*. This defendant is sued in his/her

_X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: *Denied to Act In the face of 42 U.S.C.S- 1983 various amendment*

*violations of 1, 8th, 14, 6 th amendments under U.S.constitution as peace officers, staff et al*

2

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant **B. Williams** resides at **5500 Snyder Rd. Carson City, NV, 89702**
    (full name of first defendant)       (address if first defendant)
and is employed as **Warden of HDSP** . This defendant is sued in his/her
      (defendant's position and title, if any)
___ individual **X** official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **Denied plaintiff Injunctive relief; In face of ongoing USCS.
1983 violations**

3) Defendant **Jennifer NASh** resides at **5500 Snyder Rd. Carson City, NV, 89702**
    (full name of first defendant)       (address if first defendant)
and is employed as **Associate Warden / HDSP** . This defendant is sued in his/her
      (defendant's position and title, if any)
**X** individual **X** official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **Denied plaintiff Ndoc Grievances (2 x) In the face of Safety
& Security of plaintiff / leaving situation uninvestigated & plaintiff In harms way etal**

4) Defendant **officer Liggett** resides at **5500 Snyder Rd, Carson City, NV, 89702**
    (full name of first defendant)       (address if first defendant)
and is employed as **officer @ HDSP** . This defendant is sued in his/her
      (defendant's position and title, if any)
**X** individual **X** official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **Caused plaintiff Safety to be Compromised, by violating 8th &
42 USCS rts, Telling Inmates on unit etal, plaintiff was a facility Snitch.**

5) Defendant **Sgt DuGain** resides at **5500 Snyder Rd, Carson City, NV, 89702**
    (full name of first defendant)       (address if first defendant)
and is employed as **Sgt of HDSP** . This defendant is sued in his/her
      (defendant's position and title, if any)
**X** individual **X** official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **placed plaintiff In harms way, after plaintiff was assaulted, by
Failure to remove plaintiff off unit**

2 (A)

6) Defendant _C/o Liggett_ resides at _5500 Snyder Rd Carson City NV 89702_
(full name of first defendant)                              (address if first defendant)

and is employed as _officer_ . This defendant is sued in his/her
(defendant's position and title, if any)

_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _officer for state of NV HDSP_

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional statutes, list them below.

## B. NATURE OF THE CASE

1)   Briefly state the background of your case.

Every person who, under color of any statute, ordinance, regulation, custom or usage, of any state or Territory, or the District of Columbia subjects, or causes to be subjected, any citizen of the united states or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. On May 13th/2019 upon information and belief an confrontation took place between myself and an Validated southerner (southsider) around 5 am while we were doing our assigned unit porter jobs The confrontation took place over my discovered affiliation as a Northerner (Northern) by the sur See: Attached exhibit A for the continued nature of this case.

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: The Due Process Clause of the fourteenth Amendment

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

8th. Amendment Bill of Right was violated. Please refer to Exhibit "A" Nature of case Section(s) 1, 5, 6, 7

4

**COUNT II**

The following civil rights has been violated: The Due Process Clause of the fourteenth Amendment

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1st Amendment Bill of Rights was violated. Please refer to Exhibit "A" Abuse of Case Services) - 3

5

## COUNT III

The following civil rights has been violated: The Due Process Clause of the fourteenth Amendment.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

The due Process clause of the fourteenth Amendment prohibits a state from depriving "any person of life, liberty, or property, without Due process of law." Procedural due process defines the amount of protection you get before the prison can do something that harms your life, liberty, or property, Please refer to Exhibit "A" of Nature of case. Sections - 3, 4, 5, 6, 7, & 8, also see Exhibit "B" and Exhibit "C", which shows the 2 parts I must show which is my "liberty Interest" and the fact that I should have gotten "more procedure." Also reference also Ayers v. Ryan, 152 F.3d 77 (2d Cir.1998), Taylor v. Rodriguez, 238 F.3d 188 (2d Cir.1998), and Hatch v. District of Columbia, 184 F.3d 846 (D.C. Cir.1999) Also See Exhibit D the Affidavits Attached.

---

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)   Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? _____ Yes _X_ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

# NATURE OF THE CASE

Section 1.         SGT Dugan sent me to my cell and removed other Inmate from unit
1  After the Confrontation with the Southsider and (myself) plaintiff on 5/13/19
2  We were checked out by medical personnel and then placed In our
3  Respective Cell(s) #11 for Southerner #13 for plaintiff. The Southsider was
4  Removed from unit 6 A/B and taken to unit 6 C/D. unit 6 A/B was then let off
5  lockdown after Count around 1pm at which time several of the Southsider
6  (Homies) approached Me In a Hostile manner with the racial political
7  dialouge of prison. I Continue to receive racial negative Comments subtly
8  by the southerners, Staredowns and general hostility That Could lead to
9  my Harm or Cause a Racial Riot between Black and Mexicans Inmates by me
10  being left In the unit and Hostile environ  see:(Exhibit B)

Section 2
13  upon Information and belief from around mid May – mid June there was
14  an absence of an unit CaseWorker to redress my Concerns of my Safety
15  and racial tension due to me being In unit, also I Completed the disciplinary
16  process during this time.

Section 3
18  upon Information and belief on 6/28/19 at around dinner time the unit
19  was served spaghetti below serving guidelines, at which time I addressed
20  the unit Floor officer Liggett on shift, requesting If he Could Radio for the guard
21  Sgt or Culinary L.t to Redress the Issue at question of Serving portions
22  according to HDSP Admin-regs Guidelines. C/o Liggett Denied to Comply
23  with request; So I Sat down and eat my dinner. later that day we were
24  let out on tier at which time I went to the unit office and asked C/o
25  Liggett did he agree with my rights (our) right to request an facility
26  Supru's to Redress an Issue as Dept A.R's set forth at which he stated
27  he did but he Could do whatever he wished In the matter and that

Exhibit A

## Nature of the Case

1  That an Inmate had been writting Kites on him about Food Issues and he
2  was doing his Job and that he didn't want any More Kites wrote on
3  him. officer Liggett's Actions of putting (me) plaintiff on blast In Front of
4  The entire unit subtlly pointing the finger at me as If I wrote the
5  Kites on him about the 6/28/19 Food Situation was Malicious, hostile
6  and Vindictive. his actions has placed Plaintiff In direct harms Way
7  and Added fuel to the fire by patronizing me · (See Exhibit E Gibson-Form)
8  Section 6
9  upon Information and belief I plaintiff feels That the deliberate Indifference
10  I was treated with Is being left In the unit 6 A/B to be Intimidated
11  subtully threatned, Subjected to racially harsh Comments by All
12  ethicities Black, Mexicans, whites. I remain In this Disciplinary, Certified
13  STG Special threat group, High Risk prisoner, Gang validated Hostile unit
14  C/o Liggetts total disregard for my wellbeing/safety by The events of 6/28,29,30th
15  of 2019 only adds to the ongoing violation of my 8th Amendments rights where
16  this tension Can Explode at anytime with plaintiff (me) In the Middle of It All
17  The Concerns addressed for Exhibits B,C dated 7/2,4th,2019 was Ignored
18  todate with No Remedy/resolution provided by this Dept's officials See: Exhibit E
19  ~~[struck out text]~~  filed 7/9/19
20  Section 7
21  upon the Information and belief I plaintiff spoke with HDSP unit(one) supr
22  Sgt Estill around 9:30 am In which sgt official stated he would speak
23  with C/o Liggett his officer about his Conduct/actions against (me)
24  plaintiff; but he would not remove plaintiff from unit or his C/o
25  Constituent, Leaving plaintiff at the hands of C/o Liggett and his
26  Dept officers to Continue The ongoing violations Against (me) plaintiff
27
28  Page _9

Exhibit A

# Nature of the Case

1. I was challenging his authority; at which I restated that I was
2. simply following Dept AR's about the chain of command with any issue
3. involving Inmates /myself. I asked again could he Radio an Dept Supv.
4. at which C/o Liggett stated he did, I said you could not have. being that
5. No Dept Supv. arrived and addressed my concerns about the serving
6. portions served, at this point C/o Liggett said I was calling him a "liar"
7. went inside the office & slammed door In my face at which time I stated
8. I would address the issue through the Inmate Grievance procedure, but
9. I chose to leave well enough Alone In attempt to keep the peace
10. between myself and the officer.    (see: Exhibit C)
11. Section 4,
12. Upon Information and belief on 6/29/19 on this Day at dinner time. an dept
13. Supv. L.t and Sgt Olevarus /Duvotak came to unit on their Routine
14. Rounds and unit check. The L.t and Sgt began checking the unit Foodwarmer to
15. see if It was working properly and heating accordingly; after which They went
16. around the unit and addressed several issues of Inmates and Their own
17. facility agenda as Supv's of Hdsp. After this Incident I was Informed
18. through Inmate conversation that C/o Liggett put me plaintiff In direct harass
19. Ways saying That plaintiff (me) had wrote a Kite to his Dept supv's
20. about the 6/29/19 food issue. Factually labeling plaintiff a "Snitch"
   see: Exhibit E
21. Section 5
22. Upon Information and belief on 6/30/19 Sun Chicken dinner Is served and
23. Was postponed due to Inmate Injury (Broken arm) on unit stairs. After we was
24. let out C/o Liggett calls out my name Loud saying hey Welch; I replaced the
25. Cold chicken with Hot chicken out the Warmer. Referring to the trays that were
26. made prior before the delay. I asked C/o Liggett what/why was he telling
27. me This; at which time C/o Liggett stated that he did that He Is aware

Exibit A
Nature of the Case

1  Section 8

2

3  Upon Information and belief on 7/8/19 I plaintiff spoke with CCS Gunderson at

4  unit open Door Caseworker Access time about safety issues and officer Retaliation

5  and Defamation of Character Issues. While In office speaking with CCS Gunderson

6  and CCS III Head caseworker Weiss, Larry the acting L+. Sgt McKeehan said that

7  my Requested options for facility transfer could not be viable due to a recent Disc-

8  Writ Due to my request for a dept supv sgt/L+ to be radioed to Come and

9  supervise C/o Liggett and Castro while they searched my Cell due to allegations

10  by me priorly against C/o Liggett for Retaliation etc. Furthermore Sgt

11  Dvorak relieved acting Lt McKeehan; who told me that my

12  " Northener Connection is of no concern. Due to my choice not to be

13  Validated as associated with Northener Gangs which cases all kinds of Complications

14  for Inmates Concerning housing placement, parole extra points, yard point Increase, limit's

15  to where Individuals can be transferred etc. my fiance Is Northener gang enjoined

16  As of 6/13th/19 Plaintiff was exposed by the Southerners as Northner/new associated by the

17  Conflict above. After the Confrontation with the Southsider I plaintiff requested to

18  be moved to Northern facility and be Validated out of Caution for my safety

19  and attempt to terminate problems for myself and the facility liability by Keeping

20  me In an hostile environment where majority Southerners are Housed. at and 7:30

21  pm I was summoned to go to operations building of HDSP to speak with sgt C/o's

22  about the above Concerns at which time 2 John Does and 1 Jane Doe sgt C/o's

23  begin to ask me questions such as where I grew up, where I living on the streets

24  names of gangmembers etc. Then they begin to yell/curse at me because I

25  " Refused " their prompting to "Snitch" about Anything I may Know of Inmates

26  on the HDSP yard Who may be Involved In Crimes extortion, drugs etc. I was

27  Then told I would Not be Moved off this yard and my safety/well being was In my

28  Page 10                                          Cont Next pg.

Nature of the case

section 8 Continued.

1  own Hands

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 11

outline).

a) Defendants: _____

b) Name of court and docket number: _____

c) Disposition (for example, was the case dismissed, appealed or is it still pending?):
_____

d) Issues raised: _____
_____
_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?**
_____ Yes ☒ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous
_____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____
_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _pursuant to PLRA 1915(e)(4) Grievance process is Exhausted._ If your answer is "Yes", provide the following information. Grievance Number _911_. Date and institution where grievance was filed _HDSP 7/9/2019_.

Response to grievance: _Due to the severity of the situation Im (seeking mercy) from the court in this situation, did not have time to wait on 45 day Dept time allotment Grievance attached informal_

13

- - - - - - - - - - - - - - - -

**E. REQUEST FOR RELIEF** - See Exhibit F Request For Relief

I believe that I am entitled to the following relief:

permanent Temporary (HOSP)

1.) A permanent Injunction ordering defendants To Transfer me to NNCC from This Hostile environment / Remove C/o Liggett from around plaintiff A self.

2.) Compensatory Damages against each deft. Jointly and Severally. negotiable

3.) punitive Damages In the Amount of Negotiable against each Deft.

4.) A Jury Trial on all Issues triable by Jury

5.) plaintiffs Costs In this Suit

6.) Any Additional Relief this Court deems Just, proper and equitable

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_Leon Lee_
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

_[signature]_
(Signature of Plaintiff)

_7/12/19_
(Date)

- - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)

14

## Continued Request For Relief

Count 2   For the Eighth amendment violation for remedy I would Request an ask For I.F Judgment Is In my Favor:

1.) A Preliminary and permanent Injunction ordering defendants HDSP to stop Harrassing me with their officers vindictive harmful actions by putting my safety/wellbeing In Jepardy and transfer me to the Northern nevada Correctional Center. note: These options were discussed with dept officials between 7,8-10th; 2019 and to date No Remedy or Resolution Action has been takken

2.) Punitive Damages due to the reckless and Callous Indifference to my Concerns by this dept officials

3.) Summary Judgment In this Suit because I feel I plaintiff have proved through my pleadings, affidavits or declarations and exhibits presented For the record without any need for a trial

4.) plaintiffs Cost In This Suit: Filing fees, courts Costs etc.

5.) I would Request the mercy of this Court and any additional relief This Honorable Court deems Just, proper and equitable

Count 2.

1.) per the violations of The slander and Defamation of my Character I would ask For the Same Injunction Relief; the Same punitive Damages to apply In this Count as In Count 2 and Any additional relief this Court deems Just, proper and equitable.

Count 3 Any Violations under The due process Clause under the 14th Amendment I would request these (Remedies;) I would ask for Same listed above For Count 4 ) ( IAll Remedies) ; and also "Compensatory Damages" Due to the depression, severe mental distress and anguish, Threat of Fear of Harm due to the ongoing godays left In this Hostile Environment, sleepless nights, Panic attacks etc

Page 15

Pursuant to PLRA 1915(e)(a) Grievence process is
exhausted; HDSP officials Grievence cordinator
Continues to Reject the Grievence, denying relief
per Ndoc Administrative Grievence procedure,
effectively denying plaintiff remedy or equitable
resolution.

Exhibits 1

Re-File - RE: June 2019 Incident
· Admin Claim attached

8/30/19
th

Re-File

Log Number 2006-30-87856

## NEVADA DEPARTMENT OF CORRECTIONS
### INFORMAL GRIEVANCE

NAME: Kentrell D. Welch    I.D. NUMBER: 1030777

INSTITUTION: HDSP    UNIT: 3 B 24

GRIEVANT'S STATEMENT: upon Information & belief In June 2019 C/o Liggett begin spreading a
malicious Rumor to 6/A-unit porters & Inmates, That "I" I/m K.D. Welch was a unit/facility Rat/
Snitch! This c/o's vindictive actions against me Placed my Life/safety wellbeing At great risk & defamed
my personal character as well as Violating All NDOC AR's 339 ctrd For c/o's Conduct towards Inmates
as well as Comitting several violations against Me & my/the 1983 U.S.C.A rts under law —

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: Kentrell D. Welch    DATE: 8/29/19    TIME: 5 pm

GRIEVANCE COORDINATOR SIGNATURE: Nan    DATE: 8·30·19    TIME: 224

GRIEVANCE RESPONSE: DOC 3098 — More than 1 grievance per week

CASEWORKER SIGNATURE: _____    DATE: 11/8/19

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: Nan    DATE: 8·30·19

_____ INMATE AGREES ___X___ INMATE DISAGREES

INMATE SIGNATURE: Kentrell D. Welch    DATE: 11/5/19

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

DOC 3091 (12 / 01)

Re-File - June 1ST 2020

Case 2:19-cv-01243-APG-NJK   Document 281   Filed 03/26/20   Page 19 of 91
Case 2:19-cv-01243-APG-NJK   Document 28-1   Filed 03/24/20   Page 19 of 91

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Kentrell D. Welch    I.D. NUMBER: 1030777

INSTITUTION: HDSP    UNIT #: 3 B-24

GRIEVANCE #: 2006 30 87856    GRIEVANCE LEVEL: 1/F

GRIEVANT'S STATEMENT CONTINUATION:    PG. 4 OF 7

C/O Liggett actions against me placed me personally in the utmost danger of Harm $ or Death at the discretion of Any unknown Inmate assailant, That may $ or Could attempt to Harm me; due to the officer(s) Intentional/malicious attempt to retaliate against me for my dept given right $ USCA Constitutional rts to seek redressment For Issues pertaining to I/m Concerns; mine was the Improper Food portion Issue; $ having Hyper thyroid Chronic Condition with Weight Loss lbs problems my Food redressment is valid, I requested that C/O Liggett be removed From unit $ not be allotted within 1,000 ft of me; then I requested the Admin-dept/officials to enforce restraining order to Liggett to stay Away From me. on 7/4/19 C/O Liggett $ Castro opened the Cell door saying step out Cell Search After I was Let in minutes ago For Missing door; I notified C/O Castro that I felt In danger by C/O Liggett $ In fact had Conflict @ Liggett being In the personal vicinity of me; If Control booth C/O Leavitt Could Come down $ Conduct Cell Search; or Can he Just Call q'val Supr down @ Camcorder to Record Cell Search due to prior personal property damage by John/Jane Doe C/O's, when C/O Castro asked what was It about I told him I didn't feel Comfortable saying out loud while tier was listening/watching Cell Search event; After C/O Leavitt asked would It make a difference If he Came down $ Conducted search @ Castro I said yes; at which he said No Come out or I'll be Written up; I told Leavitt same as Castro, of Conflict/safety well being @ C/O Liggett $ It was definitely a situation For Supr to redress; to no avail, my Cellmate at time Leon Lee Would/Could verify my statements; I was

Original:    Attached to Grievance    Given disc-writ by 2nd party C/O Casto; which is
Pink:    Inmate's Copy    I believe Retaliation For C/O Liggett. C/O Tompson also Issued me a disc-writ on C/O Liggetts behalf.

8/29/19    DOC – 3097 (01/02)

Re-Filed 8/29/14

# NEVADA DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE CLAIM FORM

THIS FORM MUST BE COMPLETED PER NRS 41.036, 41.0322, 209.243 AND ADMINISTRATIVE REGULATION 740

DO **NOT** SEND DIRECTLY TO ATTORNEY GENERAL'S OFFICE, BOARD OF EXAMINERS, OR DIRECTOR

This form is to be attached to your grievance form for any injuries or any other claim (except property) arising out of a tort alleged to have occurred during your incarceration as a result of an act or omission of the Department of Corrections or any of its agents, former officers, employees or contractors.

The following information is necessary to fairly evaluate your claim. Please provide complete information. If you need more space, attach a separate sheet of paper. You may submit additional evidence if available. Such additional evidence will be returned.

CLAIM IN THE AMOUNT OF $ __500.00__ is hereby made against the Department of Corrections, based upon the following facts:

| 1. NAME OF CLAIMANT (Please print full name) | | 2. I.D. # | 3. INSTITUTION |
|---|---|---|---|
| Kentrell D. Welch | | 1030777 | HDsP |
| 4. AMOUNT OF CLAIM | 5. DATE AND DAY OF OCCURRENCE | | 6. TIME (a.m. or p.m.) |
| $500.00 | June 20/9 | | dinner time 5 pm |
| 7. PLACE OF OCCURRENCE | | | |
| High desert State prison. | | | |

DOC 3095 (12/01)

8/29/14

8. Describe here, in complete detail, exactly how your claim loss or damage occurred and why you believe the institution is responsible or liable: For 1993 8th USCA its Vio. of deliberate Indifference

standards Concerning my safety wellbeing / being provided safe Living environment etial.

HDSP is liable for the Constitutional violation Committed against me by Officer Liggett

Malicious / vindictive Slander Campaign against me; for Seeking redressment within my I/m's

rights per AR/OP Guidelines. C/o Liggett's towards me is/was in all / Full Violation

of NdoC Depts AR/OP for C/o's Conduct towards Inmates. officer Liggett Intentionally

put my Life / Safety Wellbeing at Vtmost Risk by his Unprofessional/Unlawful Conduct

against me.

9. Witnesses. Be sure to include any staff member who may have been involved in, or has any knowledge of, your alleged loss; also, list any inmate who has actual knowledge of facts pertinent to your claim:

SRC/o LUNA , CCS I Gunderson CCS III Weise, L Sgt estill, Sgt Duvorak Sgt

Acting gvnd Lt McKeehan

Unit 6 A/B et al most likely has Info to Verify / augment these

allegations of Liggett & his slander / Intentional Intent to hurting or

have me harmed; ████████████████████

10. Other pertinent information:

STATE OF _Nevada_ )

COUNTY OF _Clark_ ) SS
)

I, _Kentrell O. Wilkins_, do hereby swear under penalty of perjury that I am the claimant named above, that I have read the foregoing claim and know the contents thereof, that the same is true of my own knowledge, except those matters stated upon information and belief, and as to those maters, I believe them to be true, and that THIS IS MY ENTIRE CLAIM AGAINST THE STATE OF NEVADA/DEPARTMENT OF CORRECTIONS.

I FULLY UNDERSTAND THAT I WILL HAVE TO SIGN A GENERAL RELEASE OF ALL CLAIMS IN THE PRESENCE OF A NOTARY PUBLIC FOR THE EXACT AMOUNT I AM CLAIMING BEFORE ANY PAYMENT WILL BE OFFERED TO ME. THIS GENERAL RELEASE WILL BECOME EFFECTIVE ONLY UPON ACTUAL PAYMENT OF THE CLAIM BY THE STATE OF NEVADA.

DATED this _29_ day of _Aug_, 20_19_

_Kentrell O. Wilkins_
Signature of Claimant

## NOTICE

NEVADA REVISED STATUTE 197.160 provides that every person who knowingly presents a false or fraudulent claim is guilty of a gross misdemeanor, and is subject to criminal penalties of imprisonment of up to one year, and a fine of up to $2,000.00.

DOC - 3095 (12/01)

Re submit 11/12/19

Log Number _____

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: _____ I.D. NUMBER: _____

INSTITUTION: _____ UNIT: _____

GRIEVANT'S STATEMENT: _____

_____

_____

_____

_____

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____ DATE: _____ TIME: _____

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____ TIME: _____

GRIEVANCE RESPONSE: _____

_____

_____

_____

_____

CASEWORKER SIGNATURE: _____ DATE: _____

____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

_____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
|-----------|--------------------------------------------------------|
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _Kentrell D. Welch_  I.D. NUMBER: _1030777_

INSTITUTION: _NNCC_  UNIT #: _7B # 16_

GRIEVANCE #: _2006-30-87856 2nd_  GRIEVANCE LEVEL: _1/F._

GRIEVANT'S STATEMENT CONTINUATION:  PG. ___1___ OF ___2___

The Continued Rejection by this dept of Ndoc, A.W. J. Nash et al, serves the fact-
vally penological purpose to delay/hinder the process alloting me due procedue to redress
this issue; while attempting to cover up the incident as if it never happened, while
showing a cumulative mindstate by Ndoc & its officials; That this dept is deliberately in-
different to noted issue; & my safety, wellbeing concerns. Currently I can be actually harmed
anyday & (imminently) could be harmed in the near future. This personal injury is irre-
putable harmful & cannot be fixed. While the extreme stress, mental anguish, depression, insomnia,
& suffering has physically exacerbatted my painful chronic disease symptoms severely.
This officers actions created the unsafe environ That could/will cause me to be assaulted etal
instead of providing a safe environ & housing makes this constitutional violation an
very serious injury & doubly violative of my 1983 USCS rts. 11/6/14 42 USCS 1983
Creates a cause of action, If a person is deprived of a constitutional right, by, upupra
someone acting under the color of state law. an act of retaliation for the exercise
of a constitutionally protected rt is actionable under 1983. Punitive damages
are appropriate under 42 U.S.C.S when a defendants conduct is shown to be motivated
by evil motive or intent, or when it involves reckless or callous indifference to the—

Original:    Attached to Grievance
Pink:        Inmate's Copy

DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Kentrell D. Welch    I.D. NUMBER: 1030777

INSTITUTION: NNCC    UNIT #: 7 B #16

GRIEVANCE #: 2006-30-87856    GRIEVANCE LEVEL: I/F

GRIEVANT'S STATEMENT CONTINUATION:    PG. 2 OF 2

federally protected rights of others. 11/11/11

officer Liggett actions against me violates multiple Ndoc AR/ op statutes &
malicious NRS, 42 U.S.C.S 1983 Guidelines. my attempt to address an food
Issue about Improper food portions on unit 6 A & C/o Liggett's actions to begin the
slander campaign was done with wanton, malicious Intent to have me Harmed and
his actions could cause me to be "killed". further retaliation by C/o Liggett begin
on 7/4/19, as I ran out to dump tension at lockdown, C/o Liggett signaled Cntrl booth
C/o to shut my cell as I ran to make door, Then C/o Liggett / Castro came to cell & requested
me & Cellmate Leon Lee to step out for cell search, at which point I notified C/o Castro that
I didn't feel safe being around Liggett, due to a conflict of Interest; & asked could
a guard suprv be called to address the unknown Issue to C/o Castro, as he asked
me what was going on, I noticed Castro that I didn't feel safe speaking about Issue
as the unit was very quiet listening to proceedings of my cell search; after Cntrl C/o
Leavitt came on cell com & asked if he came down to conduct search would it be ok,
I said yes, cell search was not conducted, C/o Liggett advised C/o Castro to Issue me a
2nd party retaliative disc write, witness Leon Lee can verify the Remainder of events.

Original:    Attached to Grievance
Pink:    Inmate's Copy

EXHIBIT B

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Kimball J. Wiley | 630777 | Unit #13 | 7/2/18 |

4.) **REQUEST FORM TO:** (CHECK BOX)

X CASEWORKER ___ MEDICAL ___ MENTAL HEALTH ___ CANTEEN

___ EDUCATION ___ VISITING ___ LAW LIBRARY ___ DENTAL

___ LAUNDRY ___ PROPERTY ROOM ___ SHIFT COMMAND ___ OTHER_____

5.) **NAME OF INDIVIDUAL TO CONTACT:** Ces 111 B. Weise

6.) **REQUEST:** (PRINT BELOW) Apology for my posture Sir Kimball Wiley was Ext my case I spoke to Weise + Gustafson on 7/1/19 Am about my situation about my description with the Northwest "5" (wardens) apparently the situation was so Serious careful to yes'll Don't Know what else to Do. once again "to stop Killing us" to psu. But IF you Can help me with a Solution to Turn Protect me All Ends. my Complaint has left a lot Concerning out of fear! 7/1/19 Am The Question of my need for self intervention while outside as so long as safety was Ignored at the behest of my wellbeing/safety officer by Weise

7.) INMATE SIGNATURE _Kimball J. Wiley_ DOC # 630777

8.) RECEIVING STAFF SIGNATURE _____ DATE 7/4/19

### 9.) RESPONSE TO INMATE

_____

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC - 3012 (REV. 7/01)

*[handwritten top notes]* Ketell Welke...
spreading rumors that Inmate was a confidential
investigant/questioning of Unit Inmates Soager to Interview For Trickey/PREA.

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Kentrell O Welke | 1030777 | 6A # 13 | 7/4/19 |

**4.) REQUEST FORM TO: (CHECK BOX)**

X CASEWORKER ___ MEDICAL
___ EDUCATION ___ VISITING
___ LAUNDRY ___ PROPERTY ROOM

___ MENTAL HEALTH ___ CANTEEN
___ LAW LIBRARY ___ DENTAL
___ SHIFT COMMAND
___ OTHER _____

**5.) NAME OF INDIVIDUAL TO CONTACT:** CCSIII Weike / Gunderson

**6.) REQUEST: (PRINT BELOW)** *[handwritten, largely illegible]* On Sat. s spagetti night Ed dinner we were given one Scoop a...

**7.) INMATE SIGNATURE** Kentrell D. Welch  **DOC #** 1030777

**8.) RECEIVING STAFF SIGNATURE** _____  **DATE** 7/ - 4 2019

## 9.) RESPONSE TO INMATE

**10.) RESPONDING STAFF SIGNATURE** _____  **DATE** _____

DOC - 3012 (REV. 7/01)

*Exhibit E*

Transfer to:
Remedy: NNCC / Workassigns

Complying for deliberate Indifference:

Log Number _____

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: _Kentrell D. McClain_____   I.D. NUMBER: _1020777_____

INSTITUTION: __HDSP____   UNIT: _6 A # 1B_____

GRIEVANT'S STATEMENT: _On 7/9/19 along with staff _____

_____

_____

_____

_____

## SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _Kentrell D. McClain____   DATE: _7/9/19_   TIME: _5 pm_

GRIEVANCE COORDINATOR SIGNATURE: _____   DATE: _____   TIME: _____

GRIEVANCE RESPONSE: _____

_____

_____

_____

_____

CASEWORKER SIGNATURE: _____   DATE: _____

____GRIEVANCE UPHELD ____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____   DATE: _____

_____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _____   DATE: _____

**FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.**

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

DOC 3091 (12 / 01)

Exhibit E

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Kentrell D. Welch    I.D. NUMBER: 1030777

INSTITUTION: HDSP    UNIT #: 6 A #13

GRIEVANCE #: _____    GRIEVANCE LEVEL: 1/F

GRIEVANT'S STATEMENT CONTINUATION:    PG. 1 OF 2

Solution/option pertaining to my possible Current Housing & transport to A facility where Northerners Are allowed. The remembering of me by the Southerner from the streets and our brush of beta through our respective ladies/companions is what Caused the Conflict. After being Ignored by The unit Caseworkers C/o Bradburn notified Cert on my behalf The prisons "Certified emergency Response team" who ordered me to HDSP operations building to discuss my Concerns at/or around 6:30 - 7:00 pm I spoke with 2 John Does and I gave the Cert C/o's. After I explained "why" I did Not Validate as Northerner" when I arrived 3/5th/2014 is because I did not wish to limit myself as to where I Could be housed & being validated as a Gang member Causes many Complications for A prisoner(s). Due to These points of the situation where he had to go & spoke with Caseworkers, Sgt/Acting Lt, Sept As well As The Issue I'm Seeking Redress ment & Resolution For has made "me" factually look "Suspect" In the Eye's of prisoner(s) alongside the "Serious" Issue At Hand All of this has me In "Danger" where at any given minute I Could be attacked by southerner(s) or bloods/crips etc. So This facility & Its administrative officials have effectively "left me out to dry in danger deliberately Indifferent to my safety Concerns Addressed In this Grievance Remedy Sought: "options" to transport me to NNCC northern New facility or Warm Springs by Administrative Action Asap and I would like the Admin Claim Full amount Deposited In my Inmate Account & or provided to me In The 500 Amount In Canteen Credit STG Validation northerner OR northern NV facility trans would Redress These Concerns & Resolve This Serious Issue At Hand.

Original: Attached to Grievance
Pink: Inmate's Copy

7/9/19

DOC - 3097 (01/02)

HDSP EXHIBITS

1) (A) Grievance - Retaliative 2nd, 3rd party Disc-Writs

2) (A) mail tampering situation

( 10 pages total ))

## INSTRUCTIONS/SUGGESTIONS FOR COMPLETEING AN AFFIDAVIT

(1) This form is only good in the state of Nevada by a person incarcerated, per NRS208.165 and has at the bottom space to be notarized if for use outside Nevada.

(2) The first paragraph should be something like this...(1) THAT, (your name) is the Affiant in this affidavit and is currently incarcerated at High Desert State Prison (HDSP)

(3) Each following paragraph should be numbered and begin with That... and your statements should be in sequence, first establishing your knowledge of the subject and then followed by the fact you wish to establish.

(4 The small page attached does NOT have numbers on purpose so that you can shorten the affi.. c to any length you wish, want, or need, simply by laying the ending at the end of your affidavit and then having it copied. If longer, another 28-line page with lines can be obtained from the law library clerk at the counter or made by yourself.

(5) You could also have a "Witness" sign in the space where the notary would use.



# Nevada Department of Corrections
# Improper Grievance Memo – High Desert State Prison

TO: <u>Welch, Kentrell</u>        <u>1030777</u>        <u>3B/24A</u>

FROM: <u>J. Nash, AW</u>

DATE: <u>August 12, 2019</u>

RE: Improper Grievance # <u>2006-30-87856</u>        1st  Reject

---

The attached grievance is being returned to you for the following reason(s):

| |
|---|
| **NOT ACCEPTED - If not accepted due to any of the reasons in this box, the grievance may NOT proceed to the next level Per AR 740.03,5 and 740.04,G.** |
| ☐ Non-grievable issues |
|     ☐ State and federal court decision |
|     ☐ State, federal and local laws and regulations |
|     ☐ Parole Board decision |
|     ☐ Lacks standing |
| ☐ Untimely submission. |
| ☐ Inmate elected NOT to sign and date any grievance form. |
| ☐ Grievance was granted. |
| ■ Abuse of Inmate Grievance Procedure |
|     ☐ A threat of serious bodily injury to a specific individual |
|     ☐ Specific claims or incidents previously filed by the same inmate |
|     ☐ Obscene, profane and derogatory language |
|     ☐ More than one (1) grievance per week, Monday through Sunday |
|     ■ Other specify:  Grievances begin at Informal Level. |
|     Per AR 740.08.1, At the Informal Level, an inmate shall file a grievance (Form DOC-3091) after failing to resolve the matter by other means such as discussion with staff or submitting an inmate request form (DOC 3012). |
| **REJECTED - After correcting the deficiencies(s) listed below; you may re-submit your grievance at the same level unless specified.** Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment. |
| ☐ The grievance contains more than one (1) appropriate issue.  Only 1 issue is allowed per grievance. |
| ☐ No factual harm/loss noted **and/or** no remedy requested. |
| ☐ More than two (2) continuation forms (DOC 3097) per grievance |
| ☐ Alteration of the grievance forms or continuation forms |
| ☐ Other: specify: |

_CPS11 (Kehun)_        _8/29/19_        _Kentrell D. Welch_        _8/29/19_
Witness Signature        Date        Inmate Signature        Date

cc: Original – Inmate
    Copy - Grievance File

DOC-3098 (01/19)

Log Number _____

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: _Kentrell D. Weller_  I.D. NUMBER: _1030777_

INSTITUTION: _HDSP_  UNIT: _6 A 13_

GRIEVANT'S STATEMENT: _FOR TRACKING PURPOSES_
_ONLY_

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _Kentrell D. Weller_ DATE: _7/5/19_ TIME: _1 pm_

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _07/08/19_ TIME: _9.w_

GRIEVANCE RESPONSE: _3098 - Must start at Inf._

CASEWORKER SIGNATURE: _____ DATE: _____

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

_____ INMATE AGREES __X__ INMATE DISAGREES

INMATE SIGNATURE: _Kentrell D. Weller_ DATE: _8/29/19_

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED

AUG 1 2 2019

HDSP

DOC 3091 (12 / 01)

*Retaliation by C/O Liggett:*
*Informal Attached for Tracking purpose*

Log Number _____

## NEVADA DEPARTMENT OF CORRECTIONS
### FIRST LEVEL GRIEVANCE

NAME: Kentrell D. WELCH          I.D. NUMBER: 1030777

INSTITUTION: HDSP          UNIT: 6A #13

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER _____ , IN A FORMAL
MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED
FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: Kentrell D. Welch          DATE: 6/5/19

WHY DISAGREE: On or Around 6/24th/19 After dinner C/o Liggett "spread a Rumor
To me "unit porters" That I K.D. WELCH Wrote a Kite about a Food Issue; factually putting a
"Snitch" Jacket on Me and Placing my Life safety & Well Being in Harms way by any unknown
Inmate assailant That could want to harm Me' over This Complete "lie" That officer Liggett put out on
The Inmate unit Wide. I'm Requesting That Mr. Liggett be Removed From This unit & Not be allowed

GRIEVANCE COORDINATOR SIGNATURE: _____          DATE: 07/09/19

FIRST LEVEL RESPONSE: _____

_____

_____

_____

_____

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE: _____ TITLE: _____ DATE: _____

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

_____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE
PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED

AUG 12 2019

HDSP

**NEVADA DEPARTMENT OF CORRECTIONS**
# EMERGENCY
**GRIEVANCE FORM**

NAME: _Kentrell O. Ukwa_    I.D. NUMBER: _1030777_

INSTITUTION: _HDSP_    UNIT: _Cut 13_

GRIEVANT'S STATEMENT: _Per AR 746 Emergency Situations Involving Sexual Assault or threat of Sexual abuse, medical emergency a Life or Death Situations Are what This Form Is For_
_Ive been Threatened to be Assaulted and Raped IF Im Not Removed From This unit Im In Imminent danger Im Requesting to be Removed From This unit Asap_

---

**SWORN DECLARATION UNDER PENALTY OF PERJURY**    _7/15/19_

INMATE SIGNATURE _Kentrell O. Ukwa_    DATE: _7:30am_ TIME: _7:30am_

RECEIVING STAFF SIGNATURE: _MAUMAU25_    DATE: _7/15/19_ TIME: _8:00_

---

SUPERVISOR COMMENT/ACTION TAKEN ON EMERGENCY GRIEVANCE: _____

SUPERVISOR SIGNATURE. _____ TITLE: _____ DATE: _____ TIME: _____

---

INMATE AGREES: _____ INMATE DISAGREES: _____

INMATE SIGNATURE: _____ TIME: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FORMAL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator when complete |
| Pink: | Inmate's initial receipt |

DOC-1564 (7/02)

Unit: 3B24

Inmate Welch, K.

ID: 1030777

The following brass slip was voided due to white out.  Please complete the attached brass slip and return with this notice.  Your mail has been processed.

Thank You

CA Humphrey

Mailroom

VOID

**STATE OF NEVADA**
**DEPARTMENT OF CORRECTIONS**
**INMATE ACCOUNT TRANSACTION**
**REQUEST**

Date 8 / 26 / 19          № **1697441**

To:   Inmate Services

I hereby authorize my account to be charged in the amount

of $ ...55 ¢.... (... 55/100 cents Enty (Dollars).

Please pay to ...... N.DOC ......

..................................................

Signature ... Kentrell O. Welker .................

Print name ... Kentrell O. Welch ................

ID No. ...... 1030.777 ............ Institution .. HDSP ............

# STATE OF NEVADA
## DEPARTMENT OF CORRECTIONS
### INMATE ACCOUNT TRANSACTION
### REQUEST

Date: 8·26-19          № 1657890

To:  Inmate services

I hereby authorize my account to be charged in the amount

of $. 55¢      55/100 Cents only (.........................Dollars).

Please pay to...... N.DOC ............................................................

.......................................................................................................

Signature.........................................................................................

Print name.......................................................................................

ID No.. 1030777 ............Institution.... HDSP ...........................

Approved by.....................................................................................

| Transfer | Purchase Order | Postage LEGAL | Other |
|---|---|---|---|
|  |  |  |  |

White          Inmate Services          **DOC 509** (Rev.2/06)
Canary        Institution Copy
Pink           Inmate

**Honorable** "For Chambers Review" 2:19-CV-00480-JAD-BNW (Dental)

Supplement Info For Case →

Mail tampering Proof → 2:19-CV-01243-APG-NJK officer retaliation - Dept Mail tampering

brass slip Voiding
memorandum priorly
submitted for review

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

Voided-Brass Slip # 1697441 Dept Sent brass slip to sign For process # 1657890

1) one Correspondence
From Dept Mail Rm
2) 3 brass slips
3) Dept Kite address
to mail Rm c/o -
4) Motion For Court

NAME: Kentrell D. Welch     I.D. NUMBER: 1030777

INSTITUTION: HDSP     UNIT #: 3 B # 24

GRIEVANCE #: Judge Chambers Correspondence     GRIEVANCE LEVEL: _____

GRIEVANT'S STATEMENT CONTINUATION: PG. __1__ OF __5__ documents $ motion

RE: Mail Tampering @ plaintiff's Outgoing Legal mail; The dept's Cover up attempt enclosed; as The other brass slips & memorandum regarding seperate incidents of tampering already submitted to Ct. enclosed are original(s) received from named dept official @ my Copy of that outgoing legal mail brass slip original; Thought to have been sent out to a law Firm in Oakland, CA; as I'm awaiting the return of the letter your Honor; This is to be documented under Case NO: 2:19-CV-01243-Apg-NJK.(A) ————→ (Does The Court have this Material evidence on hand)

(Dental Suit)
Also regarding Case NO; 2:19-CV-00480-JAD-BNW). The Civil docket sheet received Dated 8/23/19 @ a Return of production of documents motion, was In fact Submitted to the Court @ one Legal envelop Containing documents $ one Legal manila envelop with material Issue/ evidence For supplement Into record for dental Issues; one ½ White towel @ multiple Blood stains & plasma From plaintiff Mouth; I already Submitted a letter to Court about I belief this plg was also Intercepted & Not mailed to Courts as I Thought, which was thought to be mailed 8/19/19; IF the Court (does Not) have this dental material Fact Evidence; I the Plaintiff seeks to be granted Judgment on the Pleadings; due to The proven set forth evidence, That the HDSP facility $ Its officials are Conducting It'self In Bad Faith In the Legal Issues at hand; while Committing mail tampering Violating Plaintiff's

Original:     Attached to Grievance ( 1st, 14th U.S.C.-A 1983 Rts pertaining to outgoing )
Pink:     Inmate's Copy ( Legal mail w/o safety/security Issue(s) to facility - )

(B.)
The Civil Sheet docket does Not Note The material Fact dental evidence Submitted Priorly!

Tues
9/3/19     DOC - 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _Kentrell D. Welch_   I.D. NUMBER: _1030777_

INSTITUTION: _____   UNIT #: _HDSP   3 B# 24_

GRIEVANCE #: _____   GRIEVANCE LEVEL: _____

GRIEVANT'S STATEMENT CONTINUATION: PG. _____ OF _____
2:19-cv-01243 APG- NJK - Retaliation

1 pg / 2 brass slips 3 pieces total

Copy exactly as it is each piece & Return
ASAP It is legal Involved in my Civil Suit For mail tampering
by This dept one brass slip bottom was cut off by whom
Im unaware but It removed Their signature from the faulty
brass slip

_Kentrell D. Welch_   1030777

Original:   Attached to Grievance
Pink:   Inmate's Copy

DOC – 3097 (01/02)

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Kentrell D. Welch | 1030777 | 3 B #24 | 9/1/19 |

**4. ) REQUEST FORM TO:** (CHECK BOX)    ___MENTAL HEALTH    ___CANTEEN

___CASEWORKER    ___MEDICAL    ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND

___LAUNDRY    X PROPERTY ROOM    ___OTHER_____

**5.) NAME OF INDIVIDUAL TO CONTACT:** Attn: CA Humphries - Mail Room attendant

**6.) REQUEST:** (PRINT BELOW) Apology for the bother

1) Can you Kindly return "Un-processed" mail *legal* that was Voided via 8/26 "outgoing Legal mail"; other brass slip That was Voided & The one you sent was discarded ILL Just Resend mail, Kindly return asap THx! utmost appreciated.

2) The mail Cannot be processed as The I/m acct's dept Was already Noticed me day Mr.Wits That The brass slips were voided / unusable

**7.) INMATE SIGNATURE** Kentrell D. welch    DOC # 1030777

**8.) RECEIVING STAFF SIGNATURE** _____    DATE _____

**9.) RESPONSE TO INMATE**

The mail HAs been processed. We DID Not cAtch the Ennor (white out) Unti later.

**10.) RESPONDING STAFF SIGNATURE** _____    DATE 9.3-19

DOC - 3012 (REV 7/01)

c/o CA Humpreys

HDSP

*original Kite copy*
*sent to Court*
*For review*
*awaiting dept rep*

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Kentrell D. Welch     I.D. NUMBER: 1030777

INSTITUTION: HDSP     UNIT #: 3 B 24

GRIEVANCE #: Copy of Corespone    GRIEVANCE LEVEL: a.HN: CA Humpreys
sent to carts/dept mail Rm attendant.

GRIEVANT'S STATEMENT CONTINUATION:    PG. _____ OF _____

Apology for the bother.

(1.) Can you Kindly Return "Un-processed legal mail that was voided via-
8/26/19 outgoing Legal mail; the other brass slip that was voided & the one
you sent was discarded I'll just resend mail; Kindly Return ASAP THX

(2) The mail Cannot be processed as the mail rm att's dept has already Notice
me by memo that the brass slips were voided/unavailable to said
return Legal mail to Inmate

Kentrell D. Welch   1030777   9/3/19 Tues
HDSP Unit 3 B # 24

Original:    Attached to Grievance
Pink:      Inmate's Copy

ATTN: Supv @ I.G.'s office

Remedy Sought: Admin Dismissal/void
of unwritten Retaliative Disc- Writs.

Log Number _____

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: _Kestrel D. Burke_____ I.D. NUMBER: _1032777_____

INSTITUTION: ___HDSP_____ UNIT: _3B-24_____

GRIEVANT'S STATEMENT: _P-AR 740.09 Inmates utilizing This GRIEV. Procedure shall not_
be subjected to retaliation, i.e. an assault or trade or use thereof to cause adverse Actions against
Inmate. FOR filing a grievance 740.0599. This is an P-Bond safety "Issue AIR / Inmate
were notified Administration through GRIEVANCE of Plaintiff's Slander Campaign and Defamation of
Plaintiff vs. me by telling Inmates on unit Cogs That Her Wetin was a Unlikeable Snitch"

### SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _Kestrell D. Burke_____ DATE: _7/24/19_ TIME: _8 A.M_

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE:_____ TIME: _____

GRIEVANCE RESPONSE: _____

_____

_____

_____

CASEWORKER SIGNATURE: _____ DATE: _____

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

_____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
|---|---|
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

1) Dismiss Retaliatory
Disc-writs

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Kentrell D. Welch     I.D. NUMBER: 1030277

INSTITUTION: HDSP     UNIT #: 3 B 24

GRIEVANCE #: _____    GRIEVANCE LEVEL: 1/E

GRIEVANT'S STATEMENT CONTINUATION:   PG. 3 OF 5

I/m Welch Iniated the Grievens process around the End of June addressing the snitch/Liggett issue for the officers vicious actions; that todate has caused very Adverse Circumstances for I/m Welch "currently housed In Ad-seg". I/m Welch Were Written up Twice In The Same Week 1st on 7/4/19 2nd on 7/8 th/19 (C/o Castro Is 1st/C/o Tompson 2nd) showing 2nd & 3rd party Retaliation for Their fellow officer. 7/4/19 After missing my Celldoor at tier recall C/o Liggett/Castro approach and tell Me & Celle to step out for Cell Search at which I requested A Qu(int) supv he radised to Suprv Search as I had an open/ongoing unresolved Conflict of Interest with C/o Liggett which had nothing to do with C/o Castro. Then I told them Can C/o Levitt Control C/o Come down and Conduct Search With Castro, both requests for Supv and Alt C/o for Search was Denied. All my pleas to Castro/ Leavitt as to Why I didn't feel Comfortable with C/o Liggett In my direct Vicinity and why I requested an Qu'ed Supry was Ignored as If It didn't Matter. on 7/8/19 After being told by C/o Whittaker in my Cell to Return to Activity Room per Scrt's orders after I left recently speaking with CCS III Wise/ Jueldson about my Safety Concerns over my Northerned affilation Recently discovered and the Snitch Jacket put on Me by C/o Liggett. The play on words by C/o Castro that I flat out Denied cellsearch is untrue witnessed by my Then celle L. Lee #12 15943 Is untrue. C/o Tompson's Statement about his observation but then words that I may have snuck back into Activity rm. Is Contradictory Also the fact that Group 2 Was In fact on tier When I first Asked C/o Tompson Could he Cell Scrt, and C/o Tompsons Reply Saying I Said no about being In danger is

Original:   Attached to Grievance
Pink:     Inmate's Copy

Thurs
7/24/19

DOC – 3097 (01/02)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Kentrell D. Welch     I.D. NUMBER: 1030777

INSTITUTION: HDSP     UNIT #: 3 B 24

GRIEVANCE #: _____     GRIEVANCE LEVEL: 1/F

GRIEVANT'S STATEMENT CONTINUATION:    PG. 4 OF 5

untrue Also cos I "factually" told him that I was Unsure as to my Safety and that's the Reason For the Sckt Request; which Is before c/o Whitakker told me In my Cell to Return to the Activity Run. The play of words, Contradictory obscervation Shows These officer Motives were Ulterior/malicious aganist Welch For Their Constituent to paint I/m Welch as The Bad Guy/In application to make welch look disruptive/Hostile forwards c/o's on unit when In Fact/Welch has never had a Disc-writ like those of 7/4/8/2019 while he was on unit 6 For over 120 days prior to These events. Also the type of Conflict of Interest (w) A officer I/m welch stated to officers & C/o Sorgt Bottle & Leavitt has/had merit For a Supriv Should "have be Called to unit and c/o Tompsons DISC-WRit as a whole ER I/m welch attempting to Redress vital Issues as his personal life/safety wellbeing Is No way an Issue For a DISC-writ This Is total Injustice By This Dept Admin/It's officers Adverse Actions aganist Inmates For exercising protected rights to redress Dept Issues, GRiev's, Concerns directly Involving "me vs Inmates. My Housing In Ad-Seg For Sexual/physical Threats by Inmates upon unit 6 A/B Is more Than Validation" That my Issues were Critical/severe safety/wellbeing Issues. I Humbly Request The 7/4, 8th/2019 Disc-writs be voided/Dismissed from my Institutional File (HSdP) OIC #'s 4,65402/465602. Thank you may Yahweh bless us All.

        Thurs 7/24/19

Original:    Attached to Grievance
Pink:        Inmate's Copy



**State of Nevada**
**Department of Corrections**

**DISCIPLINARY FORM I**

**NOTICE OF CHARGES**

*2nd party*

*Retaliative Disc-Writ - Guilty finding w/o accepting cell mate testimony or doing dept Review*
*# 1*

| INMATE INFORMATION | VIOLATION INFORMATION |
|---|---|
| **INMATE NAME:** WELCH, KENTRELL 1030777 | **CHARGING EMPLOYEE** R. Castro C/O - *2nd party* |
| **CURRENT LOCATION:** HDSP-U3-B-24-A; ; ;NC | **DATE OF INCIDENT:** 07/04/2019 |
| **OIC#:** 465402 | **DATE CHARGES WRITTEN:** 07/04/2019 |

**CHARGES AND EVIDENCE**

| Chrg | Description | Evidence | Evidence Disposition |
|---|---|---|---|
| G1: | Disobedience | Officer Castro's observation and written report | |

**REPORT OF VIOLATION**

On July 4th, 2019, I, Correctional Officer Castro, was assigned to unit 6 A/B as a floor officer at HDSP. At approximately 1810, after tier recall of group 2, I attempted to conduct a random cell search of 6A-13. Upon opening 6A13 I instructed Inmate Welch #1030777 and Inmate Lee #1215943 to go sit in the day room table by officer Liggett so I can conduct a cell search. Inmate Welch then stated that he was not going to come out of his cell and also stated that a camera had to be present to search his cell. I again asked him to come out of his cell so I can conduct a cell search to which Welch again did not obey my order and said that he felt as if he was being target. We then closed 6A-13 and I notified Welch that he will be receiving a notice of charges. LT Ontiveros was informed of this incident. End of report.

**CHARGING EMPLOYEE SIGNATURE** | **SUPERVISOR SIGNATURE**

| SERVICE OF NOTICE OF CHARGES | DISTRIBUTION |
|---|---|
| **DATE OF SERVICE:** _____ **TIME OF SERVICE:** _____ | Primary Hearing Officer (Original) |
| **PRINTED NAME OF HEARING OFFICER** _____ | Charging employee (Copy) |
| **SIGNATURE OF HEARING OFFICER** _____ | |
| **SIGNATURE OF INMATE** _____ | Inmate (Copy) |

(Signature indicates receipt of notice only. It is not a plea; refusal to sign should be noted)

Retaliative dISC-writ
3rd party
DISC-writ
# 2

# State of Nevada
# Department of Corrections                    3B24

## DISCIPLINARY FORM II
## SUMMARY OF HEARING OFFICER'S INQUIRY AND DISPOSITION

| INMATE INFORMATION | HEARING INFORMATION |
|---|---|
| INMATE NAME: WELCH, KENTRELL 1030777 | DATE OF HEARING 07/16/2019  TIME OF HEARING: 11:29 am |
| CURRENT LOCATION: HDSP-U3-B-24-A; ; ;NC | NAME OF HEARING OFFICER ROMERO, ERIC |
| OIC#: 485602 | DATE OF SERVICE OF NOTICE OF CHARGES: 07/16/2019 |

WAIVE PREPARATION  N          WAIVE HEARING: N          REFUSE TO SIGN  N

Within timeframe

### CHARGES

| Code | Description | Plea |
|---|---|---|
| MJ32 | In Unauthorized area / Hiding | Not Guilty |

### PRELIMINARY STATEMENT OF OFFENDER

When I went into the activity room to speak with Sgt. Dvorak and the caseworker about my issue, I finished my conversation with them. After we were finished Sgt. Dvorak had the officer open the activity room door so that I could go back to my cell. Then Officer Whittaker who was 6AB control told me that CERT was on their way down to talk to me and to go back into the activity room. So I left my cell and went back to the activity room, when CERT arrived down at 6 AB they talked to only the control officer. After they finished their conversation I was told again to go back to my cell and that I would be transferring to operations or be red tagged in my cell. I ended up going to operations to speak with a caseworker, CERT, a Lieutenant, and a Sergeant about my issue. When I returned from operations I continued writing kites to various supervisors on the yard.

### PRELIMINARY INSTITUTION PRESENTATION

Inmate was presented with the notice of charges and plead NOT GUILTY to the charge of MJ32; In unauthorized area/hiding. Inmate was informed that he would see an area quad supervisor within the next 30 days for final disposition for his hearing, inmate understood.

### PRELIMINARY HEARING OFFICER ACTION

| Charge | Description | RCharge | Description | Finding |
|---|---|---|---|---|
| MJ32 | In Unauthorized area / Hiding | MJ32 | In Unauthorized area / Hiding | Refer to Disciplinary Hearing |

### RESULTS OF INFORMAL SUMMARY HEARING

| Chrg | Description | NPlea | Days | Ef Date | End Day | SSL | Rev Aut | Penalty Comment | |
|---|---|---|---|---|---|---|---|---|---|

### EVIDENCE RELIED ON FOR PRELIMINARY HEARING

| Date | User Name | Statement | |
|---|---|---|---|
| 07/16/2019 | S C/O Romero E. | Officer's report | |

### ADVISEMENT TO DISCIPLINARY COMMITTEE

Counsel Substitute Requested: [ ]    Name of Counsel Substitute:  no

### WITNESS INFORMATION

Witness Decision Justification:    Inmate was asked and wants to call on Leon, Lee #1215943 who observed Inmate Welch not sneaking back into the activity room.

| Name | | | NDOC/OIC# | Decision | Reason | Type |
|---|---|---|---|---|---|---|
| LEE, LEON | | | 0001215943 | ACCEPTED | RELEVANT | INMATE |

3rd party



# State of Nevada
# Department of Corrections
## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

### INMATE INFORMATION

INMATE NAME: WELCH, KENTRELL 1030777

CURRENT LOCATION: HDSP-U3-B-24-A; ;NC

LOCATION OF INCIDENT HIGH DESERT STATE PRISON Unit 8
A/B Acti

OIC#: 485602

### HEARING INFORMATION

DATE OF HEARING 08/31/2019   TIME OF HEARING: 07:17 am

NAME OF HEARING OFFICER: TREADWELL, LARRY

DATE OF SERVICE OF NOTICE OF CHARGES:   07/08/2019

CHARGING EMPLOYEE: THOMPSON, MICHAEL

### CHARGES AND PLEAS

| Chrg | Description | Plea |
|------|-------------|------|
| MJ32 | In Unauthorized area / Hiding | Not Guilty |

### ADDITIONAL HEARING INFORMATION

Counsel Substitute Requested: ☐

Name of Counsel Substitute:

Proceeding Recorded: [X]

Stat Forfeiture Possible: [X]

Potential Category: ☐

Offender Cautioned Regarding Possible Criminal
Charges and Right to Remain Silent: ☐

### WITNESS INFORMATION

Witness Decision Justification: witness statement " Everytime inmate left his cell he was called for or ask to see CERT. Witness
stated that inmate spoke to CERt and had concerns after conversation.

| Name | NDOC/ID# | Decision | Reason | Table |
|------|----------|----------|--------|-------|
| LEE, LEON | 0001215943 | ACCEPTED | RELEVANT | INMATE |

### CONFIDENTIAL INFORMATION (CI) CHECKLIST (BOTH A & B MUST BE 'YES' TO RELY ON CI)

A  CI RELIABLE: ☐   CHECK AT LEAST ONE BOX BELOW

☐ INVESTIGATION OFFICER TESTIFIES PERSONALLY AS TO THE TRUTHFULNESS OF THE CONFIDENTIAL
INFORMATION IN HIS REPORT.

☐ CORROBORATING TESTIMONY

☐ DISCIPLINARY CHAIR HAS FIRST HAND KNOWLEDGE OF SOURCE AND SOURCE HAS BEEN RELIABLE IN THE PAST

☐ IN-CAMERA REVIEW OF DOCUMENTS FOUND RELIABLE

B  STATEMENT BY CORRECTIONAL OFFICIAL: SAFETY PREVENTS DISCLOSURE OF CI ☐

### DISCIPLINARY STATEMENT OF OFFENDER

Inmate stated that the report was contradictory and conflicts with what the officer stated. Inmate stated that he does not have access to the
doors, and that his safety was at risk.

### INSTITUTION PRESENTATION

Inmate was found not guilty based on report and inmate did request to speak with CERT in regards to fear for his safety.

### EVIDENCE RELIED ON FOR DISCIPLINARY HEARING

| Date | UserName | Statement |
|------|----------|-----------|

Report Name: NVRSDH

Reference Name: NOTIS-RPT-OR-0066.

Run Date:  AUG-31-19 10:54 AM

*3rd party* 

# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

*Retaliative disc-writ*
*# 2*

| INMATE INFORMATION | HEARING INFORMATION |
|---|---|
| INMATE NAME: WELCH, KENTRELL 1030777 | DATE OF HEARING 08/31/2019    TIME OF HEARING: 07:17 am |
| CURRENT LOCATION:   HDSP-U3-B-24-A; : ;NC | NAME OF HEARING OFFICER: TREADWELL, LARRY |
| LOCATION OF INCIDENT  HIGH DESERT STATE PRISON Unit 6 A/B Acti | DATE OF SERVICE OF NOTICE OF CHARGES:    07/08/2019 |
| OIC#:  485502 | CHARGING EMPLOYEE:  THOMPSON, MICHAEL *3rd party* |

### DISCIPLINARY HEARING ACTION

| Chrg | Description | RChrg | Description | Finding |
|---|---|---|---|---|
| MJ32 | In Unauthorized area / Hiding | MJ32 | In Unauthorized area / Hiding | Not Guilty |
| MJ32 | In Unauthorized area / Hiding | MJ32 | In Unauthorized area / Hiding | Refer to Disciplinary Hearing |

### RESULTS OF DISCIPLINARY HEARING

| Line | Description | Mths | Days | Eff. Date | End Date | SSL | Rest. Act | Penalty Comment |
|---|---|---|---|---|---|---|---|---|

### ANCILLARY INFORMATION AND INSTRUCTIONS

| | |
|---|---|
| ☐ | STAT FORFEITURE REFERRAL |
| ☐ | RECOMMENDED CATEGORY |
| ☒ | POST DISCIPLINARY CLASSIFICATION |

| HEARING QUESTIONS: | HEARING ANSWERS: |
|---|---|
| Inmate Defendant Present? | Yes |
| Counsel Substitute Requested | No |
| Counsel Substitute Name | n |
| Stat forfeiture possible? | Yes |
| Disciplinary Hearing Committee | treadwell and rangel |
| Proceedings Recorded? | Yes |
| Stat Referral Sent | No |
| Potential Category? | CAT B |
| Recommended Category? | Cat B |
| Cautioned for Possible Criminal Charges? | Not applicable |
| Reminded of Right to Remain Silent? | Not applicable |
| Corroboration Testimony for CI Info? | |

Page 3 of 4

Report Name: NVRSDH
Reference Name: NOTIS-RPT-OR-0066.
Run Date:  AUG-31-19 10:54 AM

*A.J. Welch Classification
per Al seg 1?? violation*
*Disc Al seg, for class heering process jeoca lic*Log Number _____
*Main UNCC limit and*
*liable for you visa on*
*72 hr & Counting*
*suprasion* NAME: _Kentrell D. Welch_     I.D. NUMBER: _1030777_

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

INSTITUTION: _NNCC_     UNIT: _7 H #5_

GRIEVANT'S STATEMENT: _Since my arrival on 8/9/19 not I've been housed in Al-seg/Disc-Se;_
_tostate housing who being given the user 1983 the process transferee are its Al jay procedures_
_Me idence pertaining to I'm being placed in Al-seg for lise administration par fulle kasification hearing_
_I was employ not be part in per attributed any facility. since is the a to state Motives & Its officials have_
_violated its own Al jay st. terms per my USCA 1983 Its Delhi no to This alleged injury per NNCC Justice_
_to Al seg claim placed Me whereh attached._

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _Kentrell D. Welch_     DATE: _9/12/19_ TIME: _3 pm_

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE:_____ TIME: _____

GRIEVANCE RESPONSE: _____

CASEWORKER SIGNATURE: _____ DATE: _____

____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ . DATE: _____

_____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

DOC 3091 (12 / 01)

Kentucky Donald D Welch 1630777 NNCC Grievance Kite Continuation

2) Provided @ proper full classification hearing.

3) Justice treated as human being @ dignity/Respect, Care.

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Kentrell D. Welch       I.D. NUMBER: 1630777

INSTITUTION: NNCC       UNIT #: 7A #5

GRIEVANCE #: Kite Continuation.   GRIEVANCE LEVEL: _____

GRIEVANT'S STATEMENT CONTINUATION:   PG. 1 OF 3

CCS Matice un-patient attitude about me attempting to redress my unplicious Issues that's pertaining to my Custody Issues; Is not appreciated, She did not Conduct a full-Class hearing out spoke with me In c/o's office, while press Audit personnel was In her office. Matice did not bother to even get on Computer to See what exactly my Issues were, while I was removed from housing unit at HDSP under Sexual threat & physical brutality/Death, cause if an officer at HDSP; Slander Campaign telling Inmates that I was a facility Snitch working @ cert officers & Admin, which has/Is causing me "Extreme" emotional/physical disstress, Insomnia, depression, high anxiety, headaches et.al; now Im housed again In ad/seg approaching 10yrs; total after several yrs at HDSP. Im being treated like the bad guy here with my v.s.c.14 rts have/were violated by one of this depts/Administrations officers, while suffering from of dual Chronic care disease's, this Is a lot of unneeded stress & strain & suffering, my points should have been overridden due to circumstances & ordeal that Ive/Im suffering so I could be In open r/yard getting access to law-lib, fresh air et.al. Im tired of being virtually Ignored & receiving multiple Contradictory statements by officers here; Im requesting to be let out of Isolation ASAP & to have points overridden As "Remedy". this treatment Is causing my Conditions medically to exershate, Ive not seen Medical In appointment, was losing weigh lbs daily before transfer & have/Continue to have vertigo, dizzyness, extreme hunger chronic headaches et.al. Ive been denied specialist treatment or examination since 2014 CCS II Roberson/ provider manna Long said I wassent here to be treated, Not housed In Ad-seg & have my personal/ civil rts further trampled upon by this NdoC dept Admin/Medical

(Tues)

Original:   Attached to Grievance
Pink:       Inmate's Copy

DOC – 3097 (01/02)

A.W L, WALSH

We Remember This
IN NY In Love

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE Weds |
|---|---|---|---|
| Kentrell D. Welch | 1030777 | 7A#5 | 9/11/19 |

4. ) REQUEST FORM TO: (CHECK BOX) 　　__MENTAL HEALTH 　　__CANTEEN

__CASEWORKER 　　__MEDICAL 　　__LAW LIBRARY 　　__DENTAL

__EDUCATION 　　__VISITING 　　__SHIFT COMMAND

__LAUNDRY 　　__PROPERTY ROOM 　　X OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: A.W WALSH, L.

6.) REQUEST: (PRINT BELOW) Apology for the bother, but Can you provide the following:
1.) Full classification hearing with you & CCSIII Hughes ASAP.
2.) have you or Can you Contact / or read my Custody Issue, situation; CCSII Roberson Hid.
3.) I'm Requesting an override for points due to retaliative nature from which points stem.
4.) If I cannot/will not be allowed to go to this open yard/should I be allowed Lunit Lock?
5.) Can I be brought in office to speak upon these matters, as I'm seeking to find out my
options miss Walsh. This housing is additional / significant hardship) for me in many ways.
I Expect to hear from you soon miss Walsh. thx for your time & effort in this matter.

7.) INMATE SIGNATURE Kentrell D. Welch 　　DOC # 1030777

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

### 9.) RESPONSE TO INMATE

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

Dear Honorable Judge Nune __ Apology for the bother y/our honor.

RE: Retaliation. CV-01243-APG-NJK

FILED
ENTERED
9/15/19
SERVED ON
COUNSEL/PARTIES OF RECORD

Sun,

SEP 23 2019

CLERK US DISTRICT COURT,
DISTRICT OF NEVADA
DEPUTY

I were transferred from hdsp on 9/5/19 Thurs Am as priorly suspected Im Currently @ the Ndoc sister facility that In Carson City. Since my arrival Ive been rehoused In Ad-seg & Ignored by dept, admin et.al.; I even have been denied to speak with the prea auditors that Were there last week between (1s - 14th) I believe, even as I have an open Filed prea Complaint In This Case That was filed before transfer, Ive also Now noticed the law-library supervisor Is currently denying my right to attempt to Contact the Media; via Las Vegas review. Journal Investigative dept Contacts, Investigators, as I wish to get the news out about my case & ordeal et.al. while I were provided my Indigent envelops, Its said I Cannot use them to mail legal mail & The same request that was Submitted to receive my NSF state Issue mail envelops,I requested to receive the Legal manila envelops that was on order at HDSP under my Indigent request's, Currently I have not received that Kite or Legal envelops as I noted I have multiple Civil Suit, Legal ordeals at hand & Needed Legal Supplies, I believe I have one or two legal manila envelops remaining from HDSP That Im saving for Court reply when the address Change takes effect & the Legal mail begins to Catch up with me pertaining to my dental suit Civil Challenge, but I believe I will be further transferred northern to Ely state-MAX which Is much more Restrictive which has total Control of outgoing mail through the facility & control of the mail by Family owned postal office

I have on hand mail I attempted to mail from Esp from several yrs ago dealing with my current Medical Legal Suit et.al so if any failure to reply to defendants & or your court replies or notice for need to submit something to the court, Is not sent you will know why; also while sitting here I recently have further reason to fear of my safety as Ive heard Inmates on doors discussing me In terms that I were on protective Custody at high desert, so I believe that have changed my chances to be let out to this yards G- population- & being sent to Ely Esp would be most dangerous to my Life/Safety In mutiple ways, Some Inmates were "hurt badly" for being discovered that They were said prison/outside "Snitch's", Just last week. while Ive obtained a couple blank envelops needed to send out Legal mail, Im Indigent & dont have Funds to purchase more to mail furture Legal mail out & This Is adverse and atypical hardship on me as it just heaps up dept owed dept on me. I dont know how long I'LL be Safe or what's stored ahead for me Your honor, but Can you grant me approval to receive copies of the Complaint & all submitted documents to date so I Can keep factual record of whats filed or not; & what reached the Court or not from this point on as The mail tampering has been submitted with proof to my knowledge. the 2nd, 3rd party retaliative disc-writs are now submitted for records & your review In this matter, all C/O's Worked on unit 6, where all this Incidents steems From. Thank you your honor for your precious time & attention today.

respectfully MR. Kentrell D. Welch 1030777
N N C C  7 A # 5 .
P·S PLRA Exhuastion- Grievence submitted as Well-

Log Number _____

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: _____  I.D. NUMBER: _____

INSTITUTION: _____  UNIT: _____

GRIEVANT'S STATEMENT: _____

_____

_____

_____

_____

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____  DATE: _____ TIME: _____

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____ TIME: _____

GRIEVANCE RESPONSE: _____

_____

_____

_____

_____

CASEWORKER SIGNATURE: _____  DATE: _____

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____  DATE: _____

_____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _____  DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

*A Kite Request etc. Legal 2 Media Contacts Attached*
*Admin Claim attached*

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Kentvell D. Welch     I.D. NUMBER: 1030777

INSTITUTION: NNCC     UNIT #: 6B #1

GRIEVANCE #: _____     GRIEVANCE LEVEL: _____

GRIEVANT'S STATEMENT CONTINUATION:    PG. 4 OF 9

legal media; political request "Denial" is justified by policy in a convincing way & related to legitimate penological/governmental interests. The right to Contact/write media journalist is a USCA rt to (Free-Expression) under the first USCA Amendment

1.) In order to Censor the letters I, or prisoner sends out to outside people, organization media etc.; NNCC, law-lib supr ninbur MUST be able to prove that Censorships is necessary to protect an important or substantial interest of the prison.

2.) NNCC; law-lib supr "Cannot" restrict my USCA 1983 Constitutional rights more than required to meet this Goal. See: Kite attachments For verification of inmate prior, multiple legal Requests to supr ninbur for legal news media Contact info & Legal supplies needed. Inmate is indigent, so I cannot Just obtain supplies duly needed for Court reply's etal; Litigation. The Kite & Request; are understandable explanatory of sought requests. see: Pell v. Procunier, 438 U.S. (1978) Turner v. Safley, 482 U.S. 78 (1987)

_____

_____

_____

Original:    Attached to Grievance
Pink:      Inmate's Copy

9/17/19 Am.

Kennedy moved to cell w/ working sink/toilet component.

**NEVADA DEPARTMENT OF CORRECTIONS**
# EMERGENCY
### GRIEVANCE FORM

NAME: Kentrell D. Welch _____ I.D. NUMBER: 1030777

INSTITUTION: NNCC _____ UNIT: 6B #1

GRIEVANT'S STATEMENT: Ive been Housed In an unsanitary cell were the toilet/sink Component Is broken, bottom of Component Is lifted/open & puddles water on Floor when Sink water Is Run; & the toilet dont Flush, I tried once after trans From 7A#5 9/16/19 7 pm & toilet was Inches From over Flow. Plumber "Tiny" told me Fuck you this morning cause I stated I think It was un-wise to flush toilet as he requested. Urine/tissue Is visable in toilet & c/o taitano, S c/o gilbert/ ratcliff have been Noticed multiple times about Issue. This cell Is un sanitary & I cant Defacate or use sink to do basic needed hygeine Actions Im Requesting to move cells to cell with working toilet/sink Facilities.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _Kentrell Dofakela_ _____ DATE: Tues 9/17/19 TIME: 2:45 pm

RECEIVING STAFF SIGNATURE: _C/O ___ _____ DATE: 9-17-19 TIME: 2:50 pm

SUPERVISOR COMMENT/ACTION TAKEN ON EMERGENCY GRIEVANCE: You have been moved to another cell. Not an emergency

SUPERVISOR SIGNATURE: _____ TITLE: LT. DATE: 9-17-19 TIME: 9°° pm

INMATE AGREES: _X_ _____ INMATE DISAGREES: _____

INMATE SIGNATURE: _Kentrell D. Cele_ TIME: 9:33pm DATE: 9/17/19

**FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FORMAL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.**

Original:      To inmate when complete, or attached to formal grievance
Canary:        To Grievance Coordinator when complete
Pink:          Inmate's initial receipt

I Demand to be moved OFF this
Bio Hazurd Wing

Shift Command to come see/
smell this Bio Hazurd

## NEVADA DEPARTMENT OF CORRECTIONS
## EMERGENCY
### GRIEVANCE FORM

NAME: Kentrell D. Wilcott      I.D. NUMBER: 1030777

INSTITUTION: NNCC      UNIT: 6A # 15

GRIEVANT'S STATEMENT: Per AR100 443.190 Unsanitary housing / living Conditions
this tier can cause Me health contagous Sickness by breathing in the Shower overflow of Raw sewage
smell, the tier smells like feces/Raw sewage, I demand to be moved off this BioHazard
Wing. I'm Fed under these biohazard conditions. It's now been All Hrs the Shower has been
left overflowed smelling Rotten. It sickens me to my Stomach & Makes Me Faint From Smell
in my Cell. I'm housed directly across from Shower, This is an emergency due to health harm
That these unsanitary Conditions are Causing, my head hurts I awoke with headach &
dizzyness due to Smell. Requesting Shift Command Suget. to come view/smell

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: Kentrell D. Wilson      DATE: 9/20/19 TIME: 9:AM

RECEIVING STAFF SIGNATURE: _____      DATE: 9/20/19 TIME: 9:03AM

SUPERVISOR COMMENT/ACTION TAKEN ON EMERGENCY GRIEVANCE: _____

SUPERVISOR SIGNATURE: _____ TITLE: _____ DATE: _____ TIME: _____

Sgt Olotti

INMATE AGREES: _____      INMATE DISAGREES: X _____

INMATE SIGNATUE: Kentrell D. Wilson      TIME: 11:03 DATE: 9/20/19

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FORMAL GRIEVANCE MAY BE
PURSUED IN THE EVENT THE INMATE DISAGREES.

Original:      To inmate when complete, or attached to formal grievance
Canary:       To Grievance Coordinator when complete
Pink:          Inmate's initial receipt

Case 2:19-cv-01248-APG-NJK Document 24-1 Filed 09/25/20 Page 58 of 91

AR 334 (conduct...)
AR 427 Scale A/Secure
AR 332 Employee Reporting
Violations
16 all Acknowledges

Said FILE GRIEV
WOULD NOT TALK TO
UNIT D (title legal)
Told to File Grievance

Log Number _____

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: _Kentrell D. Welch_     I.D. NUMBER: _1030777_

INSTITUTION: _NNCC_     UNIT: _7 A/B # 25_

GRIEVANT'S STATEMENT: _Im in definite fear of so c/o bartlett + his officers friends + cousins_
_c/o bartlett excessively destroyed / discarded multiple legal materials, religious books, pamplets p_
_+ gear + taking my family photos etc al.; after not been debiliated abuse cell door slur here his until_
_c/o's was abusive + oppressive as he stated. Not all of it's officers are allowed to abuse abuse etc al + d_
_+ they please who respects to inmate respects etc al. I Feel Im being targeted by c/o bartlett + Ndoc dep_

## SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _Kentrell D. Welch_     DATE: _Sat 9/21/19_  TIME: _11 Am_

GRIEVANCE COORDINATOR SIGNATURE: _____  DATE: _____  TIME: _____

GRIEVANCE RESPONSE: _____

_____

_____

CASEWORKER SIGNATURE: _____  DATE: _____

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____  DATE: _____

____ INMATE AGREES ____ INMATE DISAGREES

INMATE SIGNATURE: _____  DATE: _____

**FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.**

Original:     To inmate when complete, or attached to formal grievance
Canary:      To Grievance Coordinator
Pink:         Inmate's receipt when formal grievance filed
Gold:         Inmate's initial receipt

DOC 3091 (12 / 01)

All actions violate
noted AR's

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

P.1

NAME: Kentrell D. Weldon          I.D. NUMBER: 1030777

INSTITUTION: NNCC          UNIT #: 7 A/B # 25

GRIEVANCE #: _____          GRIEVANCE LEVEL: 1/F

GRIEVANT'S STATEMENT CONTINUATION:     PG. 1   OF 16

officials, agents, officers In Its entirity, since I Filed an emergency Grievn on 9/10/19 about a
medical Issue; well by the 12th Is when I asked to speak with a Shift Supvr to address the ordeal
which determined There was no record of the Grievn being Filed at all; on 10th I Sgt Walker had to make
Copy of my pink copy; remaining. SR C/o Bartlett Is who signed the Grievn on 10th, I've since Filed an
Grievn about the entire Issue 3 personal Injury & time suffered through Medordeal. I've been totally
Ignored since I arrived here at NNCC; I've went through fair a week of hell after I was told to
get ready & go to unit SIX, which led me to File 2 emer-Grievn's on biohazard Issues & being housed In
Unsanitary cell; after my second emer-grievn on 6 it # 15 C/o Ratliff Said your situation Is solved CCS Conlin
said your moving back to unit 7 within 3 hrs From time I spoke with him around 3 hrs, I was told the
Move was due to construction. C/o Serres brought me Inside Unit 7 & SR C/o Bartlett Imediately Started through
him In shower at which time I attempted to notify Bartlett to kindly respect my property, when Fem
cntrl booth C/o V. told me I should wait to speak with Bartlett as he was very angry, after I mentioned
to her that I was attempting to make him aware of prior facility Retaliation by C/o against me & ab
my damaged Family photo album etc; C/o Bartlett replied he pissed due to all the bed moves & everyon
s getting his wrath et.al. No V. A Form was given For books, catalogs or religious Items &
Legal Case Law & documents discarded; Just only my sewing kit & fingernail clippers was.

Original:    Attached to Grievance       documented by c/o Mendoza who assisted
Pink:        Inmate's Copy                cell search with SR c/o Bartlett.

DOC – 3097 (01/02)

See: All attempts
Actions violate
All noted ARs

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

P. 2

NAME: Kentrell D. WELCH          I.D. NUMBER: 1030777

INSTITUTION: NNCC          UNIT #: 7 A/B # 25

GRIEVANCE #: _____          GRIEVANCE LEVEL: 1/F

GRIEVANT'S STATEMENT CONTINUATION: PG. 2 OF 16

m suffering from multiple symptoms of depression, high anxiety, dizziness, weight loss, headaches et a
from being put through the officer retaliation from HDSP im very overwhelmed & In Constant Fear
for my safety, high hyper tension & cant relax, Im Inmate advocate & expect officer accountability & as I beg
. try & assist mr R. Harris 72 yrs old Isolated Individual In need of dire med. care & attention on unit 6 by
filing several pieces of dept Correspondence on his behalf, After mr Harris took sgt Walkers pen when she trie
. get him to sign some grievance forms on 9/19/19 SRC/o gilbert C/o dennis took mr Harris Lunch Sack In full
view of Sgt Walker & she allowed It. I called C/o dennis & asked why did he take Harris's Food he said cause he
wont give the pen back & then said you need to mind your business well its not your business & you dont know
what your getting Involved In. After Cell #22 discovered his T.V was broken he said he would hang himself &
was Imediatly removed by bartlett, mendoza Et al cell #24 I/m Lucero also had multiple Items discarded
SRC/o bartlett threatened me after I asked him why was he retaliating on me by destroying my prop
said your doing this over the Grievance _____ I Filed last week about med. bartlett said No, but File
. Grievance & make sure you spell my name Correct & stopmed away from Cell saying he didn't have time for
his shit etal. Im In Fear of srC/o bartlett who weighs 275 lbs ripped muscle has authority to retaliate
upon me In multiple ways while Im back here on his unit & his threats saying wait till you come out your
Il again & see what Il do etal. all attempts to speak with C/o mendoza was Ignored, Im 160 lbs with

Original:     Attached to Grievance          weight loss 160 lbs & Rhumatoid arthritis I Cannot Stand
Pink:          Inmate's Copy                         up to this giants wrath, he can deny meals, make
                                                              up False disc writs or Just beat me senseless In/ou
                                                              my cell & say I did anything etal.

REMOVAL from this unit, ASAP. SR C/o Bartlett P. lied to by officers within this dept.

IN FEAR OF SR C/o Bartlett

rec unit video 9/20/19 PM

swing shift.

**NEVADA DEPARTMENT OF CORRECTIONS**
# EMERGENCY
### GRIEVANCE FORM

NAME: Kentrell D. Welch      I.D. NUMBER: 1030777

INSTITUTION: NNCC      UNIT: 7 A # 25

GRIEVANT'S STATEMENT: After SR C/o Bartlett told me on 9/20/19 pm to wait & see what ~~would~~ he would do when I came out of my cell again; After destroying, discarding multiple legal, religious, personal property items from my property; I'm in Fear I will be ill-future by SR C/o Bartlett & officers on this unit, requesting removal from this unit where he works, I don't think it is in my best interest to be housed on this unit, C/o's Jacobs; tensonson said they would pick up grievences when I was ready. C/o Cntrl answered 2x saying ne told C/o's Grien's was ready, then Cntrl Refused to answer button. This treatment furth shows this Dept's hostile, belligerant attitude against me. by ignoring, blind eyes in requesting to report incident for record/files.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: Kentrell D. Welch      DATE: 9/21/19   SAT   TIME: 11 AM

RECEIVING STAFF SIGNATURE: _____      DATE: 9/11/19   TIME: 12:30 pm

SUPERVISOR COMMENT/ACTION TAKEN ON EMERGENCY GRIEVANCE: You are in the safest Unit at NNCC. Camera's record 24 hrs a day. Contact Case worker on 9/23/19 about your concerns. File an internal grievance regarding Property Issues. Lock down is most ___ Lt O'Ben

SUPERVISOR SIGNATURE: M O'Ben      TITLE: Lt      DATE: 9/21   TIME: 13:20

INMATE AGREES: _____   INMATE DISAGREES: X   No resolution/equitable remedy provided SAT   per AR 740

INMATE SIGNATURE: Kentrell D. Welch      TIME: _____   DATE: 9/21/19

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FORMAL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original:     To inmate when complete, or attached to formal grievance
Canary:       To Grievance Coordinator when complete
Pink:          Inmate's initial receipt

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 26 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Dear Honorable Andrew P. Gordon
Apology for the bother sir

Case No. 2:19-cv-01243-APG-NJK

your honor In receipt of an denial for Summary Judgment ly
case at hand, but somehow things has gotten mixed up, due to
multiple documents for dual case's; sent together, due to lack
of Legal manila envelops at the time; In Any when multiple documents
were submitted to Court; together. The Summary Judgment was
For Case No. 2:19-CV-00480-JAD-BNW.
being very overwhelmed by events In Their entirety; and suffers
adverse Complications for my dual Chronic disease's w/o proper treatment
ongoing several yrs.
I'll try to make sure to submit Seperate documents In case's;
Im just going through turmoil, transfer's, retaliation, along with headaches
depression, mentalanguish suffering and being thrust Into this type of
Situation, I've never experienced and not having adequate Legal assistance
by law clerks etc, whom assisted with the filing of Civil suit's, Im
struggling to hold on; In determining what/when to submit documents
Can you please notice If the Klingele v. Eikenberry et al; document Is
Informal and or did defendants File Summary Judgment In this
Case?
Thank you for your attention & effort In this matter today

NNCC Exhibits

Documents For Review

NNCC Legal Kite request @ Legal address
contacts

Exhibit _A_

Exhibit (B)  past legal contact request
request Kite From HDSP

(7 pages total)

Exhibit _A_

1    State of Nevada )   Affidavit of mr. Kentrell D. Welch
2    County of Carson )  ss:
3                              )
                     To whom it may concern:
4

5    I, Kentrell D. Welch, the undersigned, do hereby swear that all the
6    following statements and descrition of events, are true and correct, of
7    my own knowledge, Information, and belief, and to those I believe to be
8    true and correct, signed under the penalty of perjury pursuant to
9    NRS 208.165.

10

11   That the Legal Info requests Kites are from and were submitted to law-
12   library at NNCC through named lawclerk Ziare to law-library supv
13   For several legal address, plus LVR) Investigative news dept's contacts and
14   was told verbally by lawClerk Ziare, that she-June doe law liB-supv
15   refused request to provide media contacts.

16

17   That Exhibit (B) is showing plaintiff advocacy prison request in the past;
18   showing plaintiff has/always been requesting legal, outside agency address for
19   legal/prison issues Info for redressment of civil, prison issues.
20   see: Exhibits A, B   Dates: 4, (A) 10, 13, 2019 / (B) 8/20/19

21

22   FURTHER, AFFIANT SAYETH NAUGHT.                    Sun.
              NNCC
23   EXECUTED AT High Desert State Prison.     this 15 day of Sept   20 19
24   IN FRONT OF:                              BY Kentrell D. Welker
                                               NDOC # 1030777
25

26

27

28

EXHIBIT (11)

NNCC

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE Tues |
|---|---|---|---|
| Kantrell D. Welch | 1030727 | 7 A # 5 | 9/10/19 |

4.) REQUEST FORM TO: (CHECK BOX)

___MENTAL HEALTH    ___CANTEEN

___CASEWORKER    ___MEDICAL    ✓LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND

___LAUNDRY    ___PROPERTY ROOM    ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: _Supn/_

6.) REQUEST: (PRINT BELOW) _Apology to bother you miss/sir but would you kindly provide :_
_Address's_
1) governer's mansion - provided
2) Carson City - City Hall - provided
3) News 5, 8, 13 Southern (Chudney's) Investigative dept divisons/Address's - Not provided, Devite
4) Carson City legislative Bldg/offices Address - provided.

7.) INMATE SIGNATURE _Kantrell D. Welch_ DOC # _1030727._

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

### 9.) RESPONSE TO INMATE

Carson City Hall-
201 N. Carson Street
Carson City Nevada 89701.

RECEIVED
SEP 1 1 REC'D
BY:

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

**Nevada Governor Steve Sisolak**
Executive Chamber - Capital Complex
101 North Carson Street
Carson City , NV  89701

*Comments:*

**Nevada Supreme Court**

201 South Carson Street, Suite 201
Carson City , NV  89701-4702
775-684-1762
*Comments:*

Exhibit (A)

Legal Investigative/News/Journalists

2nd-Request, 1st RQST Denied Verbally Through Law Clerk

1st Amendment USCA rts Violation(s)   **Exhibit (A)**

**INMATE REQUEST FORM**

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE FRI |
|---|---|---|---|
| Kentrell D. Welch | 1030777 | 7A #5 | 9/13/19 |

4. )  REQUEST FORM TO:  (CHECK BOX)         ___MENTAL HEALTH        ___CANTEEN

___CASEWORKER        ___MEDICAL        ___LAW LIBRARY        ___DENTAL

___EDUCATION        ___VISITING        ___SHIFT COMMAND

_✓_LAUNDRY        ___PROPERTY ROOM        ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: _Law Lib Suprv_

6.) REQUEST: (PRINT BELOW) Apology for the bother, but Can you Kindly put your denial
FoR News & Tv Journal Investigative divisons & Their Addresses, Why? Cant
I have These Legal In Nature Addresse's under the 1983 USCA Rts were allow
As Inmates to have access to Courts, News Journalists, Stations et.al.
Im "Re-Requesting" Addresse's for Las Vegas Review Journal Investi-
gative division Contacts of News Channel(s), 3, 5, 8, 13
This Request Is Involving Legal matter Involved with my Civil-
suit Issues Currently Filed In Case Nos. 2:19-CV-01243 APG NJK
(multiple)                         2:19-CV-01064 GMN BNW et.

7.) INMATE SIGNATURE _Kentrell D. Welch_         DOC # _1030777_

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

**9.) RESPONSE TO INMATE**

_____

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

LAW LIB

LAW LIB

EXHIBIT (14)

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Kendell Diekson | 1030777 | 3 B 24 | 7/20/19 |

**4.) REQUEST FORM TO: (CHECK BOX)**

___ CASEWORKER  ___ MEDICAL  ___ MENTAL HEALTH  ___ CANTEEN

___ EDUCATION  ___ VISITING  X LAW LIBRARY  ___ DENTAL

___ LAUNDRY  ___ PROPERTY ROOM  ___ SHIFT COMMAND

___ OTHER _____

**5.) NAME OF INDIVIDUAL TO CONTACT:** Luisa Cid

**6.) REQUEST: (PRINT BELOW)** Want the phone numbers and addresses for the following addresses

1) Dept. of Labor Statistics washington D.C.     Dept of Justice Washington D.C.

2) Federal Registar calling or writing Codes "Any"  3) Dept of Health washington D.C.
           Print WASH. orgs. US NV etc.

3) Federal prison for prisoner's Distribution ass officers orgs. "Any"

4) LV NV. NAACP
    NV. CIVIL

5) Law Firms with Dual licence to pratic in two other states

6) Legal Lawyers Law Firms

7) Re-Entry back to socialize Convict Vermatic orgs.     info
           Nevada Entry Center 11-M 9K.com

**7.) INMATE SIGNATURE** Kendell Diekson          **DOC #** 1030777

**8.) RECEIVING STAFF SIGNATURE** _____          **DATE** _____

## 9.) RESPONSE TO INMATE

**10.) RESPONDING STAFF SIGNATURE** _____          **DATE** _____

DOC - 3012 (REV. 7/01)

EXHIBIT (B)

HDSP

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Kentrell D. Welch | 1030777 | 2-A 22 | 5-12-16 |

**4.) REQUEST FORM TO: (CHECK BOX)**

___ CASEWORKER  ___ MEDICAL  ___ MENTAL HEALTH  ___ CANTEEN

___ EDUCATION  ___ VISITING  X LAW LIBRARY  ___ DENTAL

___ LAUNDRY  ___ PROPERTY ROOM  ___ SHIFT COMMAND

___ OTHER_____

**5.) NAME OF INDIVIDUAL TO CONTACT:** Law Clerks

**6.) REQUEST: (PRINT BELOW)** Pls provide the following Name & Contact Address for Ndoc Dept Et.al

1. NDoc dir of prison's
2. NDoc Inspector general
3. Head Warden of HDSP
4. NNCC regional Dept Head of Medical
5. AW of operation's of HDSP
6. AW of Programing HDSP (Thx May YahShua bless you AW)

**7.) INMATE SIGNATURE** Kentrell D Welch  DOC # 1030777

**8.) RECEIVING STAFF SIGNATURE** _____  DATE _____

**9.) RESPONSE TO INMATE**

① James Dzurenda - NDoc Director,  ② Pam Del Porto - Inspector General
P.O. Box 7011                           P.O. Box 7011
Carson City NV 89702                    Carson City NV 89702

③ Dwight Neven Warden (HDSP)  ⑤ Nash - AW Program and Operation.
22010 Cold Creek Rd                    22010 Cold Creek Rd.
Indian Springs NV 89070                Indian Spring NV 89070

④ Mr. Buenocamino - Director of medical
22010 Cold Creek Rd
Indian Springs NV 89070

**10.) RESPONDING STAFF SIGNATURE** _____  DATE _____

DOC - 3012 (REV 7/01)

MR. Kenfell D. Welch 1030777
NNCC P.O. Box 7000
Carson City, NV 89702

Judges Chambers Review
URgent Review's SUBMIT
LeGAH / Confidential



FILED
ENTERED                    RECEIVED
                           SERVED ON
                    COUNSEL/PARTIES OF RECORD

SEP 23 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                              DEPUTY

CLERK of U.S. District Court
Dist. of. Nevada
333 Las Vegas BLVD. SO
Rm#1334
LAS Vegas, NV, 89101

1) Plaintiff Mr. Kentrell D. Welch, pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P., request leave to file an amended complaint adding parties; and to supplement the record; with new evidence and documents.

2) Since filling the Complaint the Plaintiff upon Information and belief believes that the following two defendants are In fact In Concert with this Ndoc, administration, agents and officials, to retaliate upon plaintiff by tampering with outgoing legal mail; and denying plaintiff the right recently to have access to outside media; News journalist et.al; further violating plaintiff 1st and 14th USCA amendment rts under the United States Constitution. defendants added are as follows;

A) CA Humphrey — HDSP mail room attendant personnel Sec: Exhibit (A)

B) Law Library Supervisor - Jane doe NNCC see: Exhibits (A),(B)

(3) HDSP agents, officials, CA Humphrey et.al, continue to falsify and give fictitious statements as to Legal mail processing; while showing Their malicious Intent against plaintiff, by ongoing violation of his USCA rts.

(4) Since plaintiff arrival at the Ndoc Sister facility of northern nevada Correctional-center; Law library suprv- Jane doe Is factually denying plaintiff access to Outside media, news journalists et.al; by failing to provide the requested Las vegas Investigative dept (Journal - LVR) news address / contact Info violating plaintiff 1st, 14th USCA rts under the U.S. constitution.

(5) upon Information and belief both named parties under the Color of law, factually have committed violations against plaintiff, violating plaintiffs 1st and 14th USCA 1983 rights under the U.S. Constitution.

Page ___

Memorandum

1. plaintiff; mr Kentrell D. WELCH, pursuant to rules 15(a) and 19(a)
Fed.R.Civ.p., request leave to file an amended complaint, supplementing
the court records with the Grievance filed in said complaint showing PLRA
: Exhaustion under u.s.c.A 1997 e(a)

(ii) plaintiff filed grievance dated 6/5/19 was reveiwed by unit head CCSDI
Larry weise on 7/09/19; whom submitted it to the HDSP associate warden,
Jennifer Nash whom responded on August 12, 2019; and the reply reached
plaintiff on 8/29 to/19 A.m on protective/ad-seg unit 3 B # 24.

(2) HDSP has factually denied; plaintiff a sensible, effective and equitable
remedy per NDoc.-HDSP AR/OP 740., even in light of the obvious danger
to plaintiffs safety/wellbeing, plaintiff was rejected for grievance
administrative review and tagged as abusing the Ndoc- HDSP Admin-
grievance process. NOTE: 1st lvl Grievances go directly to HDSP associate
warden/wardens offices for review is reason grievance was filed at
that level; but the dept's associate warden's reply clearly shows the
callous, uncaring, blind eye turned against plaintiff; pertaining to
the stated facts of safety/wellbeing of plaintiff.

(3) under PLRA, a prisoner who procedurally defaulted federal claims in a state prison
grievance proceeding would meet the technical requirements for exhaustion (1) lack of-
alternative or opposition and (2) accordingly under the plaintext 1997(e)a the
prisoner in this case at hand has satisfied his duty to exhaust available admin-
remedies before filing a federal lawsuit see: porter v. nussle 534 u.s. 516,-
524, 122 s.ct 983, 152 L.Ed.2d 12 (2002) see: Exhibit (A)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page ___

CERTIFICATE OF SERVICE

I, _Kentrell D. Welch_, hereby certify that I am the petitioner in this matter and I am representing myself in propria persona.

On this _16th_ day of _Sept_, _2019_, I served copies of the _Motion For Leave to Amend Complaint, Supplement records_,

in case number: _2:19-CV-01243-APG-NJK_ and placed said motion(s) in U.S. First Class Mail, postage pre-paid:

Address:

Sent to:

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is/the petitioner in the above-entitled action, and he, the defendant has read the above CERTIFICATE OF SERVICE and that the information contained therein is true and correct. 28 U.S.C. §1746, 18 U.S.C. §1621.

Executed at _NNCC_

on this _15_ day of _Sept_, _2019_.

_Kentrell D. Welch_     _1030777_
                         DOP#

PETITIONER -- In Proper Person

## MEMORANDUM OF POINTS AND AUTHORITIES

(1) Plaintiff Mr Kentrell D. Welch, pursuant to Rules 15(a) and 19(a) Fed. R. Civ. P., requests leave to file an amended complaint; to Supplement record on file with new documents see: Submitted exhibits.

(2) Since the filing of the Complaint the plaintiff has determined upon information and belief, that the following added parties are In Concert with this Ndoc, agents, officials, officers to Continue an ongoing Campaign of harassment against plaintiff for his Conduct of protected right to seek this court legal authority to, request redressment of the violation of his Constitutional USC 1983 rights.

(a) Supvr, of LAW-library miss Dunbar - NNCC

(b) Senior C/O bartlett - NNCC

(c) NNCC plumber worker/employee of Ndoc

(d) CCS Staff/agents miss Conlin and MHAT ice /ccsill Hughes

(e) Senior C/O gilbert / Ch Cateliff / C/o taitatono

(f) Associate Warden Lisa Walsh

(G) Warden baca

(3) Plaintiff is "unsure" what the Courts have filed todate, but submits some documents plaintiff believes has not been submitted, Plaintiff submits chronological Kites, pleadings, request for redressment by this dept CCS, agents, officials et.al.; w/o being provided answer, reply, notice's, or adequate or equitable remedy.

(4) Upon information and belief all added named parties under the Color of law are willfully In Concert, coinciding to Continually violates the plaintiff rights.; by the failure to provide plaintiff with due process and the ongoing unit morals w/o justification, but placing plaintiff life : Cont.

vmINhabitable, vmsanitary Cells, bio Hazard unhealthy areas within the prison; but fail to reply to plaintiff requests to be processed equally as exkeyotime Inmate that is processed Into this NNCC facility of corrections.

Plaintiff even was denied to speak with PREA staff and personnel that was ongrounds here at NNCC between the (1st - 14th of sept)

(5.) plaintiffs property was ruffled by Ndoc officers bartlett/ Wendo 2a. sec: emergency Grien and Informal Grievance dated - 9/21/19. Incident took place 9/20/19 where defendants went through plaintiff property discarding various Legal paper, articles, documents and religious materials and trashed plaintiffs cell. Shift Spvsr's L.t Gerbaldi's failure to document/ take picture or reprimand his underlings for their total disregard for their own dept AR/00 procedures 339, 332, 442, 711, 360; C/o's conduct, training, reporting, Inmates personal property, Full classification/ad-seg/hisc housing et-al, while L.t Gerbaldi did state his c/o's were excessive/overerboard In how they dumped plaintiff's contents out of boxes All over walks scattering plaintiffs Legal various documents all over cell, but their allowed to do so and walked off. plaintiff being In constant Fear/overwhelmed by Incident, awaited for new A-m shift to try 3 re-report Incident for document Filing, which was told by shift A-m sgt/ L.t see: response on emergency Grien, totally Callous/ unreal.

(6.) plaintiff continues to suffer multiple symptoms of exarbated medical conditions of Hypotheyroid/Rheumatoid artritis, ie. the entire ordeal ongoing against him by defendants of this dept. symptoms Weightloss lbs, headaches; dizzyness, high tension, anxiety, mental anguish, depression et-al   cont:

(7) This Mental stress/anguish is taking an very adverse effect upon Plaintiff's Mental/Physical Body.

(8) Plaintiff believes that further transport to most violent/dangerous MAX prison in NV ESP., is possible or pending; while Plaintiff is parading around facility in light as an protective custody inmate, Plaintiff is constantly housed in ad-seg; while this Yard was to be medical and free from various gang/org, affiliated groups/inmates, Plaintiff has received no relief, or freedom to General Population to be provided adequate law-library access, fresh air, exercise and or the allotted privileges of all other inmates housed at this facility.

(9) Plaintiff continues to suffer tortiously by this dept's officials, agents actions, against plaintiff.

(10) Plaintiff is weeks past the dept guidelines for being provided an full-class-hearing to determine where Plaintiff can/will be housed and or if transfer is open to alternate open facility et al AR's 506, 504, 507, 509, 818.

(11) The refusal of this dept's officials to re-house plaintiff on alternate unit can/will cause plaintiff severe problems, as senior c/o bartlett is literally worshipped by fellow officers, do to his body builder physique and buff size and many deceitful tactics can be deployed by c/o bartlett and this dept's officials, plaintiff has mental cause on hand, could be listed in said threats by c/o's, c/o bartlett, agents, can say plaintiff refused meals, plaintiff tried/started he would hurt self, take plaintiff to un-video recorded area and say plaintiff tried to attack, get rough et al officers, all these instances could appear Very Negatively upon plaintiff if/or this dept's c/o bartlett etal

begins to employ these often used tatics against plaintiff for ongoing seeking redressment for this protected right against this dept for illegal conduct against plaintiff; plaintiff has intimate knowledge of an fellow inmate at HDSP facility that was harmed by this same unit C/O's recently; for attempting to request officer accountability for this dept's officers total bias, belligerant, hostile attitude against me/us inmates; but under the watch of this same unit CCS Matire; as incident and injury to inmate; was in full view of this caseworker w/o her professional higher authority to act; but did not; this inmates suit may come before the Court's soon. Senior C/O Bartlett size and ability can cause serious damage to me/plaintiff; and this dept and its officials are well aware of his rage/wrath against me/inmates when he displeased of heavy work load of intake inmates and many bed-moves, which was what was going on 9/20/19 friday evening as I was brought back to this unit seven from the facility PSYCH-ward wing and bio-hazard hell. (excuse my language your honor) forgive my fragmented words in this motion your honor, its just, I have no outside support or resource to talk to or tell; that may understand what im trying to convey to you sir about how exactly this inside world operates; in this type of hostile to inmates atmosphere. The saturday of my incident and property debacle, an inmate in cell #22 said he would hang his self, because C/o Bartlett/mendoza broke his T.V; only piece of mind within his life sentence; im in cell #23, inmate Lucero in cell #21 had his items discarded as well, but has outside/family support and said he could replace what was throughout, I plan to call this inmate for possible trial; should this case proceed/make it to trial.

(12) Plaintiff requests at this time; that Complaint be amended and accepted as officer Liggett, Ndoc etial; plaintiff feels upon info- and belief that this Campaign of Retaliation by this dept has followed plaintiff from HDSP Southern facility; to this It's sister Northern facility, by the Illegal, unconstitutional actions being taken against plaintiff Currently; and the past actions of this dept officers, officials, agents, In which this Complaint was Filed.

(13) Plaintiff request special approval to submit an chronological record list by date; that will show plaintiff has In fact been under this Vicious Campaign of Retaliation; against plaintiff's extensive use of the dept Grievance procedure, seeking officer, agent, Officer accountability For Wronged, Illegal, UnConstitutional actions against plaintiff for his protected right to Seek redressment, through dept courts for wrongs done to him by this dept.

(14) Plaintiff Can Show the past Several Yrs Since plaintiff entered the NV, Ndoc dept Correction/prison System; The ongoing Consistant dept, retaliation against Plaintiff

(15) Plaintiff has No Safe Keeping For records, documents; should this dept maliciously discard more/All of plaintiffs Legal files; and filed documented reports etial Thank you your Honor for attention, effort on my behalf In this matter

Dated this _Sun_ _8/12_ day of _Sept_ , 20 _19_ .

By: _Kentrell D. Welch_
_1030777_

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to FRCP Rule 5(b), I hereby certify that I am the petitioner named herein

and that on this __22__ <sup>Svn</sup> day of __Sept__ , 20 _19_, I mailed a true and

correct copy of the foregoing _Motion for leave to amend complaint supplmt pet_ to the following:

_U.S. District Court, district of Nevada._

_333 Lasvegas Blvd, So. Rm 1334_

_Lasvegas, NV, 89101_

AND

_____

_____

_____

_____

_Wendell D. Nolder_

(Signature)

NEW Exhibits

ON Going Retaliation Violations.

NEW Exhibits    Sept 2019

## AFFIDAVIT

State of Nevada)
: ss.
Carson City )

I, Kentrell D. Welch _____, the undersigned, do hereby swear under penalty of perjury that the following assertions are true and correct to the best of my knowledge:

1. That senior c/o bartlett & mendoza did In fact violate Ndoc AR and conducted a excessive/destructive cell search of my property on 9/20 2019; Unit 7 A # 25. class 2-4 violation pg14-23 AR339 #13-L. That: senior c/o bartlett/mendoza with ILL Intent discarded multiple Legal/Religious documents from my existing property. Then discarded Items In the trash before calling the requested unit supv to review Item's taken from property & Threw In a pile on floor of unit see:9/20/19 Camera recording of Incident.

That Female c/o V _____ was In control booth on shift & witnessed the Incident described above. see: 7 1A unit Camera video Recording 9/20/19 2019 2 pm.
That upon Information & belief SRC/o bartlett acted with racial discrimination;due to myself & Two hispanic Inmates property, were destroyed/discarded with my own. I/M LV(elts 7 A # 24 at time of Incident unknown Johndoe escorted to Infirmary over T.V being broken That day by SRc/o bartlett/mendoza. see: NAC 284.771 &
AR 304 pg 11 of 23 - #7 A-E #1.

That grad Supev Lt Geraballi seen cell & stated It Is excessive, but allowable et al.

Executed on this 20 day of Sept , 20 19 , at Northern Nevada Correctional Center, Carson City, Nevada, under penalty of perjury in accordance with Nevada Revised Statute 208.165. (Execution of instrument by a prisoner)

_Kentrell D. Welch_
(Signature)

**AFFIDAVIT**

State of Nevada )
            : ss.
Carson City   )

I, _Kentrell D. Welch_ , the undersigned, do hereby swear under penalty of perjury that the following assertions are true and correct to the best of my knowledge:

1. That Comitted "Fraud" by Knowingly falsifying state Grievence documents That Several Grievence Rejections were returned to me by CCS Hannah on 11/5/19 tues pm evening (Class 5 cat. criminal conduct per Ndoc AR 339, #9, A,B,C pg 12 of 23) That CCS Hannah marked all current Grievence's with Date of 11/8/19, which would reflect as "if" he returned my needed Inmate copies on Friday 11/8/19 That In Fact L.t Geraboldi 7 pk/3pm grad supv collected the Grievences & a Kite from my cell door to give to CCS hannah, to sign, seperate & return my copies needed to resubmit Grievences see: Kite Dated/signed by L.t Geraboldi 11/8/19 pm

That All dept Grievences dated 11/8/19 by CCS Hannah is/were visably doctored & were not turned-In/Re-submitted until 11/12/19 tues Evening see: unit 20 camera for CCS Hannah on tier collecting 11/5/19 Grievence's & providing returns mandated per AR That I Re-submitted serveral dept Grievences from 11/5/19 tues; on 11/12/19 tues night c/o Mahon and c/o Bautista on pm shift (see: 11/12/19 emer-Griev) That I Filed Dept emergency Grievence over CCS Hannah" staff misconduct" for 11/12/19 A.M. failure to perform his professional duties per AR 339 & Violation of AR 740 Grievance procedure.

Executed on this _12th_ day of _Dec_ , 20 _19_ , at Northern Nevada Correctional Center, Carson City, Nevada, under penalty of perjury in accordance with Nevada Revised Statute 208.165. (Execution of instrument by a prisoner)

_Kentrell D. Welch_
(Signature)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _Kentrell O. Welch_     I.D. NUMBER: _1030777_

INSTITUTION: _____     UNIT #: _7B #16_

GRIEVANCE #: _____     GRIEVANCE LEVEL: _____

GRIEVANT'S STATEMENT CONTINUATION:     PG. _____ OF _____

10/25/19 pm ccs virving 2u acknowledged to me that I cant/wont be allowed to Return to unit 2, due to a Conflict of Interest on ccs/virvings behalf In essence ccs/virving is saying & hindering me to Return to unit 2 for filing a Grievance on her for their unprofessional, biased unbecoming Conduct against me is blumtent & open discrimination & retaliation by this ccs/virving & this dept's supnv's who's obviously in Concert with her against me; when did filing dept Grievances become a Conflict of Interest? Grievances are filed daily by multiple Inmates seeking to redress deptmental issues, wrongs done by officers, staff, ccs workers etc! This is a protected right under 42 U.S.C.S 1983 statutes. I do not have a problem with ccs/virving, I dont know her & on 10/7/19 was my First time ever meet-Ing her. This allowence by this dept & ccs/virving is a violation of my 14th & 8th & 42 - USCS 1983 rts of due process & deliberate Indifference. The bias by ccs/virving or this dept is serving no legitamate or nutral governmental Interest; but reveals the punative, retaliative mindstate that's Cumulative by this dept against me; while Im sitting In adverse u/state housing which is & has Caused aytypical/significant hardship for me mentally, physically; while being denied to Return to open G.pop.

Original:     Attached to Grievance
Pink:          Inmate's Copy

DOC – 3097 (01/02)

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Kentrell D. Welch | 1030777 | 7A 18 | 11/25/19 |

4.) REQUEST FORM TO: (CHECK BOX)

| | | |
|---|---|---|
| X CASEWORKER | ___ MENTAL HEALTH | ___ CANTEEN |
| ___ MEDICAL | ___ LAW LIBRARY | ___ DENTAL |
| ___ EDUCATION | ___ VISITING | ___ SHIFT COMMAND |
| ___ LAUNDRY | ___ PROPERTY ROOM | ___ OTHER _____ |

5.) NAME OF INDIVIDUAL TO CONTACT: CCS / Rvin

6.) REQUEST: (PRINT BELOW) Please be Noted of the following:
I have a protected right to file for redressment of wrongs against Ndoc dept staff, c/o's or officials per AR 740 et al. My 10/7/19 AM shift supvr writ, filing against you is/was valid. your call to have my warden's approved RFS override, Revoked & your subsequent Input for my Immediate transfer to the very restrictive, Max custody ESP will be/is "construed as Retaliation". Im suffering from severe Insomnia, headaches, mental anguish & muscle atrophy due to lack of exercise/cell 24 hr lockdown. CCS Mayn expressed 10/25/19 that you had a "conflict of Interest" against me & Are In fact stopping me from being Retained to open yuvd, would you kindly correct your Instance against me

7.) INMATE SIGNATURE Kentrell D. Welch     DOC # 1030777

8.) RECEIVING STAFF SIGNATURE _____     DATE 11-25-19

**************************************************************************************************
### 9.) RESPONSE TO INMATE

You have the right to go through the grievance process.

10.) RESPONDING STAFF SIGNATURE _____     DATE 12/6/19

DOC - 3012 (REV. 7/01)

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Kentrell D. welch | 1030777 | 7A 18 | 11/25/19 |

**4.) REQUEST FORM TO: (CHECK BOX)**

| | | |
|---|---|---|
| X CASEWORKER | ___MEDICAL | ___MENTAL HEALTH   ___CANTEEN |
| ___EDUCATION | ___VISITING | ___LAW LIBRARY   ___DENTAL |
| ___LAUNDRY | ___PROPERTY ROOM | ___SHIFT COMMAND |
| | | ___OTHER_____ |

**5.) NAME OF INDIVIDUAL TO CONTACT:** CCS / Ruin

**6.) REQUEST:** (PRINT BELOW) Please be Noted of the following:
I have a protected right to file for redressment of wrongs against Ndoc dept staff, c/o's or officials per AR 740 et al. My 10/7/19 aim shift supto writ, filing against you is/was valid. your call to have my warden's approved RFS override, Revoked & your subsequent Input for my Immediate transfer to the very restrictive, Max custody ESP will be/is "Construed as Retaliation". Im suffering from severe insomnia, headaches, mental anguish & muscle atrophy due to lack of exercise/cell 24 hr lockdown. ccs ma24 expressed 10/25/19 that you had a "Conflict of Interest" against me & Are In fact stopping me from being Retained to open yuvol, would you kindly Correct your Interp against me

**7.) INMATE SIGNATURE** Kentrell D. welch   DOC #: 1030777

**8.) RECEIVING STAFF SIGNATURE** _____   DATE 1-25-19

**9.) RESPONSE TO INMATE**

You have the right to go through the grievance process.

**10.) RESPONDING STAFF SIGNATURE** _____   DATE 12/6/19

DOC - 3012 (REV. 7/01)

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Kentrell D. Welch | 1030727 | TB #18 | 11/25/9 |

4.) REQUEST FORM TO: (CHECK BOX)

X CASEWORKER  ___MEDICAL  ___MENTAL HEALTH  ___CANTEEN
___LAW LIBRARY  ___DENTAL
___EDUCATION  ___VISITING  ___SHIFT COMMAND
___LAUNDRY  ___PROPERTY ROOM  ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: CCS III Hughes

6.) REQUEST: (PRINT BELOW) Apology for the bother Sir

Sir I have written and requested In office hearing with you several times to date; I did not understand your willful failure to Intervene or respond In the necessary matters of the deliberate retaliation by ccs Irvin; the deliberate Fraud & Falsifying state Ndoc documents by ccs Hannah, to conduct Any Ad-seg/protective placement hearing, so that I may express my circumstance & concerns; Sir Are you In Concert with this dept's staff personnel of subtle Retaliation; my Current RFS score Is due to 2nd, 3rd party retaliative disc- writs at HDsp. Can you Kindly as ccs Supr Conduct hearing ASAP

7.) INMATE SIGNATURE Kentrell D. Welch        DOC # 1030777
8.) RECEIVING STAFF SIGNATURE _____        DATE 12-25-19

**9.) RESPONSE TO INMATE**

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC - 3012 (REV. 7/01)

*Return*

**RECEIVED**

JAN 02 2020

WARDEN - NNCC

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | |
|---|---|---|---|
| Kentrell D. Welch | 1030777 | 7 B # 14 | 12/31/19 received. |

**4. ) REQUEST FORM TO:** (CHECK BOX)     ___MENTAL HEALTH     ___CANTEEN

___CASEWORKER     ___MEDICAL     ___LAW LIBRARY     ___DENTAL

___EDUCATION     ___VISITING     ___SHIFT COMMAND

___LAUNDRY     ___PROPERTY ROOM     X OTHER _operations_.

**5.) NAME OF INDIVIDUAL TO CONTACT:** WArden BACA

**6.) REQUEST:** (PRINT BELOW) NNCC has abused & Failed to fulfill the responsibilities of their positions of authority.
I've been "Denied" Access to the NNCC operational procedures several x's previously & priorly
NNCC. Its officials, agents is "GRAfting" its own NDoc AR/OP's to avoid all Admin
or property claims submitted, by Continually Re-Jecting multiple valid meritorial admin-claims
for inconsequential technicalities, while denying due process procedural its to Exhaust
claims under "PLRA" 1997(a)e, while being deliberate indifferent to All my claims submitted
with intent to discard claims, protect NNCC & its officers, agents, staff from administrative,
Judicial persecution, while failing to even attempt to Resolve & offer equitable resolution to claims submitted

**7.) INMATE SIGNATURE** Kentrell D. Welch     DOC # 1030777

**8.) RECEIVING STAFF SIGNATURE** ___     DATE 12/31/19

**9.) RESPONSE TO INMATE**

What are you requesting on this Kite?

**10.) RESPONDING STAFF SIGNATURE** Mrs. Simas     DATE 1/2/20
AA to Warden Baca

DOC - 3012 (REV. 7/01)

**INMATE REQUEST FORM**

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE   Sun |
|---|---|---|---|
| Kentrell D, Welch | 1030777 | 7 B 14 | 1/12/20 |

**4.) REQUEST FORM TO:** (CHECK BOX)

___MENTAL HEALTH     ___CANTEEN

___CASEWORKER    ___MEDICAL    ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND

___LAUNDRY    ___PROPERTY ROOM    X OTHER_____

**5.) NAME OF INDIVIDUAL TO CONTACT:** Sgt Walker A.M Swift 7 A/B SUPrv.

**6.) REQUEST:** (PRINT BELOW) Please take Notice; assaulted @ Tip Toll In cell after talk etal.
I spoke with you about 9 A.M at cell door about your providing Me the Name
of the Graveshift officer who committed "PREA" act against Me, Incident 1/3/20
A.M, after speaking to you about SR C/o Fryers mis-conduct/denial of cleaning supplies & you
said you would look into it, SR C/o Fryer come back to Cell & Threw a toilet paper roll In cell
hitting Me on My legs, as I went to door attempting to re-state Supply Needs, she slammed
flap & stormed off with Counsent or refstn with other needed supplies, asking c/o Man-Nes Come
around doing supplies, SR C/o Fryer is abusing her Suprv authority & committing grave u.s.c violations etal.

**7.) INMATE SIGNATURE** Kentrell D. Welch    DOC # 1030777

**8.) RECEIVING STAFF SIGNATURE** C/O Bicasan    DATE _____

**9.) RESPONSE TO INMATE**

The officer who worked The
graveyard shift was C/o Newman.

**10.) RESPONDING STAFF SIGNATURE** Sgt Walk    DATE 1/13/19

DOC - 3012 (REV. 7/01)

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Kentrell D. Welch | 1030777 | 7 8 # 14 | 1/9/20 |

4.) **REQUEST FORM TO:** (CHECK BOX)

___CASEWORKER  ___MEDICAL  __√ LAW LIBRARY  ___DENTAL

___EDUCATION  ___VISITING  ___SHIFT COMMAND  ___MENTAL HEALTH  ___CANTEEN

___LAUNDRY  ___PROPERTY ROOM  ___OTHER_____

5.) **NAME OF INDIVIDUAL TO CONTACT:** Law LIB Supv Dunbar

6.) **REQUEST:** (PRINT BELOW) Apology for the bother; Would you Kindly Come by Cell Asildl? It Appears that out of 27 sheets total to be E-Filed to Court 1/8/20 only 26 sheets are accounted, The duplicate Front sheet of the appointment of Counsel Is Dated & stamped Filed with 1 of 26, The Relief pg of 42 USC 1983 Form, which equal In total of nine sheets, Is not dated or stamped filed as; Rest of Complaint, the relief pg Is the Last sheet & Vital sheet to an 1983 Complaint w/o relief sought A Complaint Can be thrown out! Was The Relief sheet unfiled/submitted on purpose ?? Can you Kindly Come to Cell g Review?

7.) INMATE SIGNATURE _Kentrell D. Welch_  DOC # 1030777

8.) RECEIVING STAFF SIGNATURE _____  DATE 1/10/2020

9.) RESPONSE TO INMATE

Document #43 was scanned to the court in entirety. A total of 26 pages were scanned and docketed. A courtesy copy of the last page ~~#26 FS~~ #26 (relief) was printed and given to you 1/13/2020

10.) RESPONDING STAFF SIGNATURE _____  DATE 1/13/2020

DOC - 3012 (REV. 7/01)

