**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>LIGGETT et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01243-APG-NJK<br><br>**ORDER GRANTING MOTION TO EXTEND STAY**<br><br>(ECF No. 45) |

　　　I hereby grant the motion to extend stay for settlement purposes (ECF No. 45). The stay is extended to October 1, 2020.

　　　Dated:　July 2, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE