# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>  Plaintiff(s),<br><br>v.<br><br>LIGGETT, et al.,<br><br>  Defendant(s). | Case No.: 2:19-cv-01243-APG-NJK<br><br>**Order Re: Inmate Early Mediation** |

The Court previously issued an order establishing the requirements for the inmate early mediation in this case. Docket No. 49. That order continues to govern the inmate early mediation except as **MODIFIED** as follows:

- Mediation statements must be submitted by **October 29, 2020**;
- If Plaintiff is incarcerated at a facility utilizing e-filing, Plaintiff must request the law librarian scan Plaintiff's mediation brief, along with any exhibits, and email it to InmateMediationBrief@nvd.uscourts.gov. If Plaintiff is at a facility not utilizing e-filing, Plaintiff must mail the mediation brief in an envelope clearly marked "Confidential, Contains Mediation Statement" to: Office of the Clerk, Attn: Sharon Hardin, Inmate Mediation Department, 333 Las Vegas Boulevard, South, Las Vegas, Nevada 89101. The mediation brief must be received by the Court **no later than 4:00 p.m. on October 29, 2020**;
- Defense counsel must scan the defense's mediation brief, along with any exhibits, and email it directly to the mediator **no later than 4:00 p.m. on October 29, 2020**;
- At a future date, Ms. Hardin will provide instructions for the defense to join the mediation by video;

1

- Defense counsel must make the necessary arrangements for Plaintiff to appear by video conference and must coordinate with Ms. Hardin thereon. Defense counsel must provide the email addresses for each of the participants who will be appearing at the mediation for the defense to Ms. Hardin **no later than 4:00 p.m. on October 29, 2020.**

IT IS SO ORDERED.

Dated: October 7, 2020

                                                _____
Nancy J. Koppe
United States Magistrate Judge