# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENTRELL D. WELCH,

    Plaintiff,

v.

LIGGETT, et al.,

    Defendants.

Case No.: 2:19-cv-01243-APG-NJK

**ORDER**

[Docket No. 67]

Pending before the Court is Plaintiff Kentrell D. Welch's motion identifying unserved defendants, which the Court construes as a request to change the names of unserved defendants. Docket No. 67. The Nevada Attorney General's Office is hereby **ORDERED** to file a response, no later than December 28, 2020.

IT IS SO ORDERED.

DATED: December 21, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE