# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENTRELL D. WELCH,

    Plaintiff,

v.

LIGGETT, et al.,

    Defendants.

Case No.: 2:19-cv-01243-APG-NJK

**ORDER**

[Docket No. 74]

    Pending before the Court is an emergency motion to reset Plaintiff's competency hearing currently set for January 14, 2021, filed by Defendants Gavin Liggett and Jordan Gunderson ("Defendants"). Docket No. 74. For good cause shown, Defendants' motion is hereby **GRANTED**. Plaintiff's competency hearing is **RESET** for 1:30 p.m. on January 20, 2021. As Plaintiff is currently housed in Ely State Prison, the Attorney General's Office is **INSTRUCTED** to coordinate with the undersigned's courtroom deputy, Ari Caytuero, at 702-464-5566, to facilitate Plaintiff's video conference appearance at the hearing.

    IT IS SO ORDERED.

    DATED: January 12, 2021.

                                                            NANCY J. KOPPE
                                                            UNITED STATES MAGISTRATE JUDGE