# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENTRELL D. WELCH,

    Plaintiff,

v.

LIGGETT, et al.,

    Defendants.

Case No.: 2:19-cv-01243-APG-NJK

**ORDER**

Due to conflicting duties of the Court, the January 20, 2021, hearing is hereby **CONTINUED** to 1:30 p.m. on January 29, 2021. As Plaintiff is currently housed in Ely State Prison, the Attorney General's Office is **INSTRUCTED** to coordinate with the undersigned's courtroom deputy, Ari Caytuero, at 702-464-5566, to facilitate Plaintiff's video conference appearance at the hearing.

IT IS SO ORDERED.

DATED: January 12, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE