**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KENTRELL D. WELCH,

      Plaintiff(s),

v.

LIGGETT, et al.,

      Defendant(s).

Case No.: 2:19-cv-01243-JAD-NJK

**ORDER**

This is a prisoner civil rights case in which Plaintiff is represented by counsel. *See* Docket No. 78. As such, the Court will not issue a scheduling order *sua sponte*. *Cf.* Local Rule 16-1(b); Local Rule IA 1-4. Instead, a joint proposed discovery plan must be filed by March 25, 2021.

IT IS SO ORDERED.

Dated: February 24, 2021

                                        

Nancy J. Koppe
United States Magistrate Judge

1