AARON D. FORD
  Attorney General
KATLYN M. BRADY (Bar No. 14173)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email:  katlynbrady@ag.nv.gov

*Attorneys for Defendants*
*Gavin Liggett and*
*Jordan Gunderson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>             Plaintiff,<br><br>v.<br><br>LIGGETT, *et al.*,<br><br>             Defendants. | Case No. 2:19-cv-01243-APG-NJK<br><br>**THE OFFICE OF THE ATTORNEY GENERAL'S NOTICE REGARDING 3:20-CV-00113** |

The Office of the Nevada Attorney General (OAG) by and through counsel, Aaron D. Ford, Nevada Attorney General, and Katlyn M. Brady, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, submit this notice regarding case No. 3:20-cv-00113.

This Court issued an order setting a global settlement conference for June 29, 2021. ECF No. 85. Included in the global settlement is case No. 3:20-cv-00113. *Id.* at 6.

The OAG has reviewed the Amended Complaint filed in this matter. ECF No. 20. After a careful review of this Complaint, and further discussion, the OAG has determined it does not have authority to settle this matter. The listed defendants are identified as the Clark County municipality and employees of Clark County Child Protective Services. *Id.* at 1-2.

1     Pursuant to NRS 41.0339, the OAG only provides a defense, and indemnification, to state employees. The named Defendants appear to all be county employees and thus the OAG seeks to alert this Court and the parties that the OAG does not believe it has authority to resolve this specific matter, nor does it have a legal relationship with any of the named parties. The OAG intends to appear at the June 29, 2021 settlement conference to discuss the remaining six cases.

    DATED this 24th day of June, 2021.

> AARON D. FORD
> Attorney General
>
> By:   /s/ Katlyn M. Brady
>        KATLYN M. BRADY (Bar No. 14173)
>        Senior Deputy Attorney General
>
> *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 24, 2021, I electronically filed the foregoing **THE OFFICE OF THE ATTORNEY GENERAL'S NOTICE REGARDING 3:20-CV-00113** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

> Kentrell Welch, #1030777
> c/o Ely State Prison
> P.O. Box 1989
> Ely, Nevada 89301
> Email: ESP_LawLibrary@doc.nv.gov
> *Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General