Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Randolph M. Fiedler
Assistant Federal Public Defender
Nevada Bar No. 12577
Randolph_fiedler@fd.org
*Stacy Newman
Assistant Federal Public Defender
Nevada State Bar No. 14245
Stacy_newman@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

*Attorneys for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Kentrell D. Welch,<br><br>          Plaintiff,<br><br>     v.<br><br>Liggett, *et al.*,<br><br>          Defendants. | Case No. 2:19-cv-01243-APG-NJK<br><br>**Order Granting Extension of Time for Petitioner to File Opposition to Defendants' Motion to Dismiss (ECF 92).** |

The Defendants filed a motion to dismiss Plaintiff's complaint on August 18, 2021. *See* ECF 92. Currently, Plaintiff's response is due September 1, 2021, and the Defendants reply is due September 8, 2021.

Plaintiff and Defendants hereby stipulate and agree to extend the time period for briefing of the Defendant's motion to dismiss (ECF 92) as follows:

Plaintiff's opposition shall be due September 22, 2021.

Defendant's reply shall be due September 29, 2021.

This extension is intended to allow the Plaintiff's counsel to devote adequate time to the opposition. Good cause exists for this extension as Plaintiff's counsel has had an especially busy capital caseload these past two weeks. The additional time will allow the Plaintiff to adequately respond to the Defendants' potentially case-dispositive arguments.

| | |
|---|---|
| */s/ Stacy Newman* | */s/ Amy A. Porray* |
| Signature | Signature |
| Stacy Newman | Amy A. Porray, NV Bar No. 9596 |
| Printed Name | Printed Name |
| Counsel for: Kentrell D. Welch | Counsel for: Defendants |
| Dated: September 1, 2021 | Dated: September 1, 2021 |

**It is so ordered.**

_____
United States District Judge

Dated: September 1, 2021

2