1  Rene L. Valladares
   Federal Public Defender
2  Nevada Bar No. 11479
   Randolph M. Fiedler
3  Assistant Federal Public Defender
   Nevada Bar No. 12577
4  Randolph_Fiedler@fd.org
   Stacy Newman
5  Assistant Federal Public Defender
   Nevada State Bar No. 14245
6  Stacy_Newman@fd.org
   411 E. Bonneville Ave., Ste. 250
7  Las Vegas, NV 89101
   (702) 388-6577
8  (702) 388-5819 (fax)

9  Attorneys for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Kentrell D. Welch,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Liggett, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-01243-CDS-NJK<br><br>**Stipulated First Extension of Time for Plaintiff to File a Response to Defendant's Objections (ECF 125)** |

On April 26, 2022, this Court entered an order granting Plaintiff's Motion for Meaningful Access to Mr. Welch. *See* ECF No. 124 (order), No. 107 (motion). On May 10, 2022, Defendants filed Rule 72 objections to the order. ECF No. 125. Currently, Plaintiff's response is due May 24, 2022.

Plaintiff and Defendants hereby stipulate and agree to extend the time period for Plaintiff to respond to the objections for 14 days, making the Plaintiff's response due June 7, 2022. This is the first extension of time requested for this pleading.

This extension is intended to allow Plaintiff's counsel to devote adequate time to the response. Good cause exists for this extension as Plaintiff's counsel has had an especially busy capital caseload these past two weeks, has been helping plan the District Court Conference, which occurred May 17, 2022, and has had to take sick leave. The additional time will allow the Plaintiff to adequately respond to the Defendants' arguments.

| | |
|---|---|
| DATED May 24, 2022. | DATED May 24, 2022. |
| RENE L. VALLADARES<br>Federal Public Defender | AARON D. FORD<br>Attorney General |
| */s/ Stacy Newman*<br>Stacy Newman (Bar No. 14245)<br>Assistant Federal Public Defender<br>411 E. Bonneville Ave. Ste. 250<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | */s/ Alexander J. Smith*<br>Alexander J. Smith (Bar No. 15484)<br>Deputy Attorney General<br>555 E. Washington Ave. Ste. 3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

**It is so ordered.**

Dated: __May 25, 2022__

_____
United States District Judge