1  Rene L. Valladares
   Federal Public Defender
2  Nevada Bar No. 11479
   Randolph M. Fiedler
3  Assistant Federal Public Defender
   Nevada Bar No. 12577
4  Randolph_Fiedler@fd.org
   Stacy Newman
5  Assistant Federal Public Defender
   Nevada State Bar No. 14245
6  Stacy_Newman@fd.org
   411 E. Bonneville Ave., Ste. 250
7  Las Vegas, Nevada 89101
   (702) 388-6577
8  (702) 388-5819 (fax)

9  Attorneys for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Kentrell D. Welch,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Liggett, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-01243-CDS-NJK<br><br>**Stipulated First Extension of Time for Plaintiff to File an Opposition to Defendants' Motion for Summary Judgment (ECF No. 129)** |

On May 26, 2022, Defendants filed a motion for summary judgment. ECF No. 129. Currently, Plaintiff's opposition is due June 16, 2022.

Plaintiff and Defendants hereby stipulate and agree to extend the time period for Plaintiff to respond to the objections for sixty days, making the Plaintiff's response due August 15, 2022. This is the first extension of time requested for this pleading.

This extension is intended to allow Plaintiff's counsel to devote adequate time to the opposition. Good cause exists for this extension because since the motion for summary judgment has been filed, counsel for Plaintiffs have had to attend to deadlines in their capital cases and have several more capital deadlines upcoming in the next two months. The additional time will allow the Plaintiff to adequately respond to the Defendants' arguments.

DATED June 15, 2022.

RENE L. VALLADARES
Federal Public Defender

*Stacy Newman*
Stacy Newman (Bar No. 14245)
Assistant Federal Public Defender
411 E. Bonneville Ave. Ste. 250
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED June 15, 2022.

AARON D. FORD
Attorney General

*Leo T. Hendges*
Leo T. Hendges (Bar No. 16034)
Deputy Attorney General
555 E. Washington Ave. Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**It is so ordered.**

Dated: June 16, 2022

_____
United States District Judge