Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Randolph M. Fiedler
Assistant Federal Public Defender
Nevada Bar No. 12577
Randolph_Fiedler@fd.org
Stacy Newman
Assistant Federal Public Defender
Nevada State Bar No. 14245
Stacy_Newman@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Kentrell D. Welch,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Liggett, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-01243-CDS-NJK<br><br>**Stipulated First Extension of Time for Plaintiff to File a Response to Defendants' Motion for Reconsideration (ECF No. 139)** |

1  On July 1, 2022, Defendants filed a motion for reconsideration of this Court's June 14th Order. *See* ECF Nos. 139 (motion), 135 (order). Currently, Plaintiff's response is due July 15, 2022.

Plaintiff and Defendants hereby stipulate and agree to extend the time period for Plaintiff to respond to the motion for reconsideration for seven days, making the Plaintiff's response due July 22, 2022. This is the first extension of time requested for this pleading.

This extension is intended to allow Plaintiff's counsel to devote adequate time to the response. Good cause exists for this extension because since the motion for reconsideration has been filed, counsel for Plaintiffs have had to draft and file Ninth Circuit capital briefing and have been out of the office. This brief extension of time will allow the Plaintiff to adequately respond to the Defendants' arguments.

| | |
|---|---|
| DATED July 15, 2022. | DATED July 15, 2022. |
| RENE L. VALLADARES<br>Federal Public Defender | AARON D. FORD<br>Attorney General |
| /s/ Stacy Newman<br>Stacy Newman (Bar No. 14245)<br>Assistant Federal Public Defender<br>411 E. Bonneville Ave. Ste. 250<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | /s/ Leo T. Hendges<br>Leo T. Hendges (Bar No. 16034)<br>Deputy Attorney General<br>555 E. Washington Ave. Ste. 3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

**It is so ordered.**

Dated: July 15, 2022

_____
United States District Judge